AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Eastern_ District of _Massachusetts_

Pamela J. Hilchey

v.

City of Haverhill, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 cv 10152 NMG**

TO: (Name and address of Defendant)

City of Haverhill

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric P. Finamore, Esq.
Weston, Patrick, P.A.
84 State St.
Boston, MA 02109-2299

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY A[NASTAS]

DATE: 1/27/2005

(By) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons upon the City of Haverhill was made by United States certified mail on May 6, 2005.

## AFFIDAVIT OF ERIC P. FINAMORE

I am counsel of record for the plaintiff, Pamela J. Hilchey.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

By Plaintiff's Attorney,

Eric P. Finamore, BBO 541872
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109-2299
(617) 742-9310

Date: May 17, 2005