# UNITED STATES DISTRICT COURT

_Eastern_      District of    _Massachusetts_

FILED OFFICE

Pamela J. Hilchey

v.

City of Haverhill, et al

2005 MAY 19 P 1: 26

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.

**05 10152 NMG**

CASE NUMBER:

SCANNED

DATE: _____

BY: _____

TO: (Name and address of Defendant)

Kim J. Parolisi

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric P. Finamore, Esq.
Weston Patrick, P.A.
84 State Street
Boston, MA 02109-2299

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 04 2005

CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-9-2005 |
| NAME OF SERVER (PRINT) Leonard J. Thomas | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-9-2005     _____
          Date              Signature of Server

50 Chivas Circle
Tewksbury, MA 01876

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.