# UNITED STATES DISTRICT COURT

Eastern _____ District of Massachusetts

Pamela J. Hilchey

v.

City of Haverhill, et al

**SUMMONS IN A CIVIL CASE**

FILED IN CLERKS OFFICE
2005 MAY 19 P 1:26
U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

**05cv10152 NMG**

TO: (Name and address of Defendant)

Victor M. Pellot

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric P. Finamore, Esq.
Weston, Patrick, P.A.
84 State St.
Boston, MA 02109-2299

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 1/27/2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5-9-2005 |
| NAME OF SERVER (PRINT) Leonard J. Thomas | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-9-2005

*Signature of Server*

LEONARD J. THOMAS
50 Chivas Circle
Tewksbury, MA 01876

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.