# UNITED STATES DISTRICT COURT

_Eastern_ District of _Massachusetts_

Pamela J. Hilchey

V.

City of Haverhill, et al   CASE NUMBER:

**SUMMONS IN A CIVIL CASE**

FILED
CLERKS OFFICE
2005 MAY 19 P 1:26
U.S. DISTRICT COURT
DISTRICT OF MASS

## 05 cv 10152 NMG

TO: (Name and address of Defendant)

George DeKeon, Jr.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric P. Finamore, Esq.
Weston Patrick, P.A.
84 State Street
Boston, MA 02109-2299

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Matthew A. Paine_
(By) DEPUTY CLERK

DATE   1/27/2005

⊕AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5-9-2005 |
| NAME OF SERVER *(PRINT)* Leonard J. Thomas | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-9-05         *[signature]* Leonard J. Thomas
            Date                Signature of Server

50 Chivas Circle Tewksbury MA 01876
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.