# UNITED STATES DISTRICT COURT

_Eastern_ District of _Massachusetts_

Pamela J. Hilchey

V.

City of Haverhill, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 CV 10152 NMG**

FILED
IN CLERKS OFFICE
2005 MAY 17 P 1:26
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

William Leeman

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric P. Finamore, Esq.
Weston Patrick, P.A.
84 State Street
Boston, MA 02109-2299

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  1/27/2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5-9-2005 |
| NAME OF SERVER (PRINT) Leonard J. Thomas | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-9-2005           [signature]
                Date              Signature of Server
                                  LEONARD J. THOMAS
                                  50 Chivas Circle
                                  Tewksbury, MA 01876
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.