UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10152NMG

| | |
|---|---|
| PAMELA J. HILCHEY,<br>    Plaintiff<br><br>v.<br><br>CITY OF HAVERHILL, JOHN J.<br>GUERIN, JR., STEVEN BRIGHI,<br>KIM J. PAROLISI, LANCE DAWKINS,<br>ALAN RATTE, GARY J. MELANSON,<br>JOHN P. ARAHOVITES, VICTOR M.<br>PELLOT, GEORGE DEKEON, JR.<br>and WILLIAM LEEMAN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter our appearance as counsel for Defendants City of Haverhill, John J. Guerin, Jr., Steven Brighi, Kim J. Parolisi, Lance Dawkins, Alan Ratte, Gary J. Melanson, John P. Arahovites, Victor M. Pellot, George Dekeon, Jr. and William Leeman in relation to the above captioned matter.

                                                  The Defendants,
                                                CITY OF HAVERHILL, JOHN J. GUERIN, JR.,
                                                STEVEN BRIGHI, KIM J. PAROLISI,
                                                LANCE DAWKINS, ALAN RATTE, GARY J.
                                                MELANSON, VICTOR M. PELLOT, GEORGE
                                                DEKEON, JR and WILLIAM LEEMAN,
                                                By their attorneys,

                                                William P. Breen, Jr. BBO #558768
                                                Rebecca L. Andrews, BBO #644846
                                                MURPHY, HESSE, TOOMEY & LEHANE, LLP.
                                                300 Crown Colony Drive, Suite 410
                                                Quincy, MA 02169
                                                (617) 479-5000

Dated: July 27, 2005

**CERTIFICATION OF SERVICE**

The undersigned attorney hereby certifies that on the 27th day of July 2005, he served a copy of the foregoing document, via first class mail, upon the following:

Eric P. Finamore, Esq.
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109

_____
William P. Breen, Jr.