UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   05 CV 10152 NMG

PAMELA J. HILCHEY,

                Plaintiff,

v.

CITY OF HAVERHILL, et al.,

                Defendants

**STIPULATION**

The parties hereby stipulate and agree that the date by which the plaintiff shall serve her more definite statement, as provided by Order of the Court dated December 22, 2005, is extended to January 13, 2006.

Defendants, by their attorney,

/s/ William P. Breen
William P. Breen, BBO 558768
Murphy, Hesse, Toomey & Lehane
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000

Plaintiff, by her attorney,

/s/ Eric P. Finamore
Eric P. Finamore, Mass. BBO 541872
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109
(617) 742-9310

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identify on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 6, 2006.

/s/ Eric P. Finamore