UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10152NMG

| | |
|---|---|
| PAMELA J. HILCHEY,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| CITY OF HAVERHILL, JOHN J.<br>GUERIN, JR., STEVEN BRIGHI,<br>KIM J. PAROLISI, LANCE DAWKINS,<br>ALAN RATTE, GARY J. MELANSON,<br>JOHN P. ARAHOVITES, VICTOR M.<br>PELLOT, GEORGE DEKEON, JR.<br>and WILLIAM LEEMAN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Rebecca L. Andrews hereby serves notice of her withdrawal of appearance as counsel for Defendants City of Haverhill, John J. Guerin, Jr., Steven Brighi, Kim J. Parolisi, Lance Dawkins, Alan Ratte, Gary J. Melanson, John P. Arahovites, Victor M. Pellot, George Dekeon, Jr. and William Leeman.

Respectfully submitted,

/s/ Rebecca L. Andrews
Rebecca L. Andrews, Esq., BBO #644846
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02110
(617)479-50000

Date:  March 9, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 9, 2006.

                                          /s/ Rebecca L. Andrews
                                          Rebecca L. Andrews