UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10152NMG

| | |
|---|---|
| PAMELA J. HILCHEY,<br> Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| CITY OF HAVERHILL, JOHN J.<br>GUERIN, JR., STEVEN BRIGHI,<br>KIM J. PAROLISI, LANCE DAWKINS,<br>ALAN RATTE, GARY J. MELANSON,<br>JOHN P. ARAHOVITES, VICTOR M.<br>PELLOT, GEORGE DEKEON, JR.<br>and WILLIAM LEEMAN,<br> Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CITY OF HAVERHILL'S MOTION TO DISMISS
COUNT 12 OF THE SECOND AMENDED COMPLAINT**

Defendant City of Haverhill hereby respectfully moves the Court to Dismiss Count 12 of the Second Amended Complaint because Count 12 does not state a claim upon which relief can be granted.  Fed.R.Civ.P. 12(b)(6).  Count 12 purports to state a claim against the City of Haverhill under the Massachusetts Civil Rights Act, Massachusetts General Laws ch. 12, § 11I.  The Court should dismiss Count 12 because it is settled in Massachusetts law that municipalities are not "persons" subject to suit under the Massachusetts Civil Rights Act.  Since the City of Haverhill cannot be liable on the allegations and theory of liability pled by the Plaintiff in Count 12, the Court should dismiss Count 12.

A memorandum of law in support of this motion is filed herewith.

WHEREFORE, Defendant City of Haverhill respectfully moves the Court to dismiss Count 12 of the Second Amended Complaint.

**Request for Oral Argument**

The Defendants respectfully request a hearing and oral argument of the present motion.

Respectfully submitted,

The Defendant,
CITY OF HAVERHILL,
By its attorney,

/s/ William P. Breen, Jr.
William P. Breen, Jr., Esq. BBO # 558768
MURPHY, HESSE, TOOMEY & LEHANE, LLP.
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000

Dated: March 22, 2006

Certification Pursuant to Local Rule 7.1

The undersigned attorney certifies that prior to filing the above motion, he conferred in good faith with the Plaintiff's attorney to narrow the issues raised by this motion.

/s/ William P. Breen, Jr.

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 22, 2006.

/s/ William P. Breen, Jr.