UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAMELA HILCHEY,<br>　　　　Plaintiff<br><br>v.<br><br>CITY OF HAVERHILL,<br>JOHN J. BUERIN,<br>STEPHEN BRIGHI, KIM J.<br>PAROLISI, LANCE A. DAWKINS,<br>ALAN RATTE, GARRY J.<br>MELANSON, JOHN<br>ARAHOVITES, VICTOR M.<br>PELLOT, GEORGE DEKEON,JR.,<br>and WILLIAM LEEMAN,,<br>　　　　Defendants. | CIVIL ACTION NO. 05-10152-NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of William P. Breen, Jr., as attorney for Defendants, City of Haverhill, John J. Guerin, Stephen Brighi, Kim J. Parolisi, Lance A. Dawkins, Alan Ratte, Gary J. Melanson, John Arahovites, Victor M. Pellot, George Dekeon, Jr. and William Leeman, in the above-entitled case.

Respectfully Submitted,

/s/ William P. Breen, Jr.
William P. Breen, Jr., Esq.
BBO No. 558768
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone:　(617 342-6887
Fax:　　　　(617) 342-6899

Dated:　　　May 12, 2006

{K0325073.1}

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 12, 2006.

/s/ William P. Breen, Jr.

{K0325073.1}