UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 CV 10152 NMG

PAMELA J. HILCHEY, )
  Plaintiff, )
v. )
CITY OF HAVERHILL, et al. )
  Defendants )

## MOTION TO WITHDRAW

Now comes Eric P. Finamore, counsel for plaintiff Pamela J. Hilchey, pursuant to Loc. R. 83.5.2, and moves this Honorable Court for leave to withdraw as attorney of record for the said plaintiff.

In support of this motion, counsel proposes to submit a confidential Affidavit of Counsel, setting forth the factual basis for the motion. Counsel requests that the Affidavit be the subject of an order of impoundment by the Court, preventing the Affidavit from being disclosed to other parties, and thereby protecting privileged attorney-client communications set forth therein from disclosure.

Counsel respectfully submits that, as set forth in the Affidavit, and under the circumstances presented, withdrawal is warranted by Rule 1.16(b)(5) and (6) of the Mass. Rules of Professional Conduct, Supreme Judicial Court Rule 3:07, and should be permitted by this Court.

## REQUEST FOR ORAL ARGUMENT

In accordance with the provisions of Local Rule 7.1(D), counsel respectfully requests that the Court schedule a hearing on the foregoing Motion to Withdraw, on a date which is consistent with the ability of the plaintiff, who presently resides in South Carolina, to attend the hearing if she so intends.

WHEREFORE, plaintiff's counsel requests this Honorable Court for leave to withdraw, and to grant the plaintiff such additional time to find successor counsel as she may reasonably require.

By plaintiff's attorney,

_/s/ Eric P. Finamore_
Eric P. Finamore, MA BBO 541872
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109
(617) 742-9310

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 20, 2006, and that I have this date also given the plaintiff personal notice hereof, by sending a copy of same by overnight delivery to her at her home address.

_/s/ Eric P. Finamore_