UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 CV 10152 NMG

PAMELA J. HILCHEY,

    Plaintiff,

v.

CITY OF HAVERHILL, et al.

    Defendants.



**OBJECTION TO MOTION TO WITHDRAW**

Now comes the Plaintiff, Pamela J. Hilchey, acting pro se in this matter, to request that this Honorable Court deny her counsel's **MOTION TO WITHDRAW** from this case.

In support of this motion, Plaintiff proposes to submit a confidential Response to the Affidavit of Counsel, which her attorney has requested to file. Plaintiff requests that this Response be the subject of an order of impoundment by the Court, preventing the Response from being disclosed to other parties, and thereby protecting her privileged attorney-client communications set forth therein from disclosure.

Plaintiff respectfully submits that, as set forth in the Response, and under the circumstances presented, that withdrawal is not warranted by Rule 1.16(b)(5) and (6) of the Mass. Rules of Professional Conduct, Supreme Court Rule 3:07, and should not be permitted by this Court.

## REQUEST FOR ORAL ARGUMENT

In accordance with the provisions of Local Rule 7.1(D), Plaintiff respectfully requests that the Court schedule a hearing on the foregoing Objection to Motion to Withdraw, on a date which will occur within the same week as the hearing on the same matter in the State Court. This request is being made so that she may incur the least amount of traveling expense from her home state of South Carolina.

Wherefore, Plaintiff requests this Honorable Court deny the Motion to Withdraw, and to order the reimbursement of her expenses to respond to this unjust and unwarranted request.

Pamela J. Hilchey
4014 Navajo Court
Rock Hill, SC  29732
(803) 327-9797

## CERTIFICATE OF SERVICE

I, Pamela J. Hilchey, certify that copies of the above motion were mailed this day, first-class, postage prepaid to the following:

| | |
|---|---|
| Plaintiff's attorney | Eric Finamore<br>Weston, Patrick, Willard & Redding<br>84 State Street<br>Boston, MA 02109-2299 |
| Defendant's attorney | Regina M. Ryan<br>Merrick, Louison & Costello<br>67 Batterymarch Street<br>Boston, MA 02110 |

_____
Pamela J. Hilchey

Dated: June 27, 2006