UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

**PAMELA HILCHEY**
    **Plaintiff,**

**V.**

**CITY OF HAVERHILL, JOHN J. GUERIN,**
**STEPHEN BRIGHI, KIM J. PAROLISI,**
**LANCE A. DAWKINS, ALAN RATTE,**
**GARY J. MELANSON, JOHN ARAHOVITES,**
**VICTOR M. PELLOT, GEORGE DEKEON, JR.,**
**and WILLIAM LEEMAN,**
    **Defendants.**

## DEFENDANTS' INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Local Rule 26.2(A) and the Court's Discovery Order, the Defendants make the following disclosure:

(A)    Individuals Likely To Have Discoverable Information Relevant To The Disputed Facts Alleged With Particularity In The Pleadings And Subject(s) Of Information:

The following persons are reported to have witnessed the alleged occurrence and/or are believed by defendants to have substantial discoverable information concerning the claims or defenses:

    1.    Pamela J. Hilchey, Plaintiff, New Hampshire. The Defendants believe that Ms. Hilchey may have substantial discoverable information concerning the subject occurrence and her alleged damages.

    2.    Ronald Hilchey, Witness, address unknown. The Defendants believe that Mr. Hilchey may have substantial discoverable information concerning the subject occurrence.

        Furthermore, he may have substantial discoverable information concerning the damages allegedly suffered by his ex-wife, Ms. Hilchey.

3. Lindsay Hilchey, Witness, New Hampshire. The Defendants believe that Miss Hilchey, a minor, may have substantial discoverable information concerning the subject occurrence. Furthermore, she may have substantial discoverable information concerning the damages allegedly suffered by her mother, Ms. Hilchey.

4. Chief of Police Steven Brighi, Defendant, Haverhill, Massachusetts. The Defendants believe that Steven Brighi, Chief of Police for the City of Haverhill, may have substantial discoverable information concerning the subject occurrences.

5. Mayor John J. Guerin, Jr., Defendant, Haverhill, Massachusetts. The Defendants believe that John J. Guerin, Jr., Mayor of the City of Haverhill, may have substantial discoverable information concerning the subject occurrences.

6. Acting Chief of Police Kim J. Parolisi, Defendant, Haverhill, Massachusetts. The Defendants believe that Kim J. Parolisi, Acting Chief of Police for the City of Haverhill, may have substantial discoverable information concerning the subject occurrences.

7. Captain Alan Ratte, Defendant, Haverhill, Massachusetts. The Defendants believe that Alan Ratte, a police officer with the City of Haverhill, may have substantial discoverable information concerning the subject occurrences.

8. Detective Lance Dawkins, Defendant, Haverhill, Massachusetts. The Defendants

        believe that Lance Dawkins, a police officer with the City of Haverhill, may have substantial discoverable information concerning the subject occurrences.

9.      Officer Gary J. Melanson, Defendant, Haverhill, Massachusetts. The Defendants believe that Gary J. Melanson, a police officer with the City of Haverhill, may have substantial discoverable information concerning the subject occurrences.

10.     Sergeant John P. Arahovites, Defendant, Haverhill, Massachusetts. The Defendants believe that John P. Arahovites, a police officer with the City of Haverhill, may have substantial discoverable information concerning the subject occurrences.

11.     Sergeant Victor M. Pellot, Defendant, Haverhill, Massachusetts. The Defendants believe that Victor M. Pellot, a police officer with the City of Haverhill, may have substantial discoverable information concerning the subject occurrences.

12.     Detective George Dekeon, Jr., Defendant, Haverhill, Massachusetts. The Defendants believe that George Dekeon, Jr., a police officer with the City of Haverhill, may have substantial discoverable information concerning the subject occurrences.

13.     Lieutenant William Leeman, Defendant, Haverhill, Massachusetts. The Defendants believe that William Leeman, a police officer with the City of Haverhill, may have substantial discoverable information concerning the subject occurrences.

14.     Counselor, Witness, address unknown. This unidentified witness may have examined the Plaintiff and may have substantial discoverable information

concerning the subject occurrences.

(B) Description By Category And Location Of All Documents, Data Compilations, And Tangible Things In The Defendants' Possession, Custody And Control That Are Relevant To Disputed <u>Facts Alleged With Particularity In The Pleadings</u>:

The following documents within defense counsel's possession may be relevant to disputed facts alleged with particularity in the pleadings:

1. Arrest Report of the Plaintiff, City of Haverhill Police Department, 9/7/02.
2. Letter from the Plaintiff to the Defendant Mayor Guerin, 9/4/02.
3. Criminal Complaint against the Plaintiff (in connection with arrest referenced under #1), charging the Plaintiff with assault and battery with a dangerous weapon.
4. Restraining Order against the Plaintiff (in connection with arrest referenced under #1), preventing the Plaintiff from returning to her residence at 1 Cortland Road, Haverhill, Massachusetts.
5. Materials related to the criminal trial of the Plaintiff (acquitted on August 1, 2003).
6. Complaints from neighbors regarding the Plaintiff.
7. Other police reports relating to the Plaintiff.

(C) Any Insurance Agreement Under Which Any Person Carrying On An Insurance Business May Be Liable To Satisfy Part Or All Of A Judgment Which May Be Entered In The Action Or To <u>Indemnify Or Reimburse For Payments Made To Satisfy The Judgment</u>:

The Defendants City of Haverhill and its law enforcement Defendants (Chief of Police

Steven Brighi, Acting Chief of Police Kim J. Parolisi, Police Captain Alan Ratte, Detective Lance Dawkins, Officer Gary J. Melanson, Sergeant John P. Arahovites, Sergeant Victor M. Pellot, Detective George Dekeon, Jr. and Lieutenant William Leeman) are insured pursuant to a policy of insurance issued to it by Massamount Insurance. This policy of insurance is available for inspection and copying by appointment.

(D)     The Identity Of Any Expert Who May Be Called At Trial.

The Defendants have made no determination at this time as to what expert(s) they will call to testify at trial.

                                      Defendants, City of Haverhill, John J. Guerin, Stephen Brighi, Kim J. Parolisi, Lance A. Dawkins, Alan Ratte, Gary J. Melanson, John Arahovites, Victor M. Pellot, George Dekeon, Jr., and William Leeman
by their attorney,

/s/ Regina M. Ryan
Douglas I. Louison   BBO# 545191
Regina Gilgun Ryan BBO# 565246
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

**CERTIFICATE OF SERVICE**

I, Regina M. Ryan., hereby certify that on the 19th day of December, 2006, I served the foregoing electronic filing and by causing a copy to be mailed, postage prepaid, directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston,

MA 02109.

/s/ Regina M. Ryan
Regina M. Ryan