UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 CV 10152 NMG

| | |
|---|---|
| PAMELA J. HILCHEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF HAVERHILL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S INITIAL DISCLOSURES
## PURSUANT TO RULE 26(a)(1)

Plaintiff, Pamela J. Hilchey, here sets forth her initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**(A)  Names and Addresses of Persons with Discoverable Information**

Pamela J. Hilchey
4014 Navajo Court
Rock Hill, SC  29732
(803) 327 – 9797
Ms. Hilchey has discoverable information concerning the subject occurrences and the damages she alleges.

Lindsay Hilchey
4014 Navajo Court
Rock Hill, SC  29732
(803) 327 – 9797
Ms. Hilchey has discoverable information concerning the events involving the Police, reports to the police by various former neighbors, and the relationships among the foregoing individuals.

Ronald Hilchey
Merrimac, MA
Mr. Hilchey has discoverable information concerning the subject occurrences.

John J. Guerin
Former Mayor of the City of Haverhill
Haverhill, MA
Former Mayor Guerin is believed to have discoverable information concerning communications within and among the persons active on behalf of the government of the City of Haverhill, including the Police Department, members of the Police Department, and regarding reaction by the Office of the Mayor pertaining to Ms. Hilchey's communications with that Office.

Steven Brighi
Acting Chief of Police of the City of Haverhill
Haverhill, MA
Acting Police Chief Brighi is believed to have discoverable information concerning the subject occurrences.

Alan Ratte
Police Captain of the City of Haverhill
Haverhill, MA
Captain Ratte is believed to have discoverable information concerning the subject occurrences.

Lance Dawkins
Police Detective, Haverhill Police Department
Haverhill, MA
Detective Dawkins is believed to have discoverable information concerning the subject occurrences.

Gary J. Melanson
Police Officer, Haverhill Police Department
Haverhill, MA
Officer Melanson is believed to have discoverable information concerning the subject occurrences.

John P. Arahovites
Police Sergeant, Haverhill Police Department
Haverhill, MA
Sergeant Arahovites is believed to have discoverable information conerning the subject occurrences.

Victor M. Pellot
Police Sergeant, Haverhill Police Department
Haverhill, MA
Sergeant Pellot is believed to have discoverable information concerning the subject occurrences.

George Dekeon, Jr.
Police Detective, Haverhill Police Department
Haverhill, MA
Detective Dekeon is believed to have discoverable information concerning the subject occurrences.

William Leeman
Police Lieutenant, Haverhill Police Department
Haverhill, MA
Lieutenant Leeman is believed to have discoverable information concerning the subject occurrences.

Glen Monigle
49 Pear Tree Road
Haverhill, MA
Mr. Monigle is believed to have discoverable information concerning the subject occurrences.

Phyllis Monigle
49 Pear Tree Road
Haverhill, MA
Ms. Monigle is believed to have discoverable information concerning the subject occurrences.

Katelyn Monigle
49 Pear Tree Road
Haverhill, MA
Mistress Monigle is believed to have discoverable information concerning the subject occurrences.

Matthew Monigle
49 Pear Tree Road
Haverhill, MA
Master Monigle is believed to have discoverable information concerning the subject occurrences.

Amy Bastarache
Haverhill, MA
Ms. Bastarache is believed to have discoverable information concerning the subject occurrences.

James Bastarache
Haverhill, MA
Mr. Bastarache is believed to have discoverable information concerning the subject occurrences.

Amanda Bastarache
Haverhill, MA
Mistress Bastarache is believed to have discoverable information concerning the subject occurrences.

Robert Regan
Haverhill, MA
Mr. Regan is believed to have discoverable information concerning the subject occurrences.

Alicia Regan
Haverhill, MA
Ms. Regan is believed to have discoverable information concerning the subject occurrences.

Kevin Regan
Haverhill, MA
Master Regan is believed to have discoverable information concerning the subject occurrences.

Caitlyn Regan
Haverhill, MA
Mistress Regan is believed to have discoverable information concerning the subject occurrences.

B.  **Description by Category and Location of Documents and Things in Plaintiff's Possession that May be Used to Support the Plaintiff's Allegations.**

Plaintiff's counsel has within his possession the following documents that may be used to support the allegations herein:

1.  Public records pertaining to the criminal action in which the Plaintiff herein, Pamela J. Hilchey, was subject to criminal prosecution for assault, ending in complete dismissal of all charges, including police department records, witness statements, court records, trial transcripts, and other documents, all of which are available to members of the public.

2. Police reports and other similar documents relating to the history of complaints made by and against the plaintiff by residents of Pair Tree Village.

3. Correspondence between the plaintiff and officials of the City of Haverhill pertaining to activities of the Haverhill Police Department, including without limitation the attachment to the Complaint and correspondence relating to prior complaints of police misconduct.

4. Transcripts of a certain hearing relating to disciplinary action brought by the City of Haverhill against Ronald Hilchey, relating to an alleged complaint brought by Lisa Rizzotti.

C. **Computation of Damages**

The Plaintiff does not allege that damages are amenable to determination as a sum certain. The Plaintiff's damages depend upon her loss of standing in the community, embarassment, ridicule, emotional suffering, and attendant damages to the Plaintiff pertaining to her relocation. In addition, however, Plaintiff alleges that she suffered the following expenses and financial losses:

| Legal expenses: | $ 8,627.80 |
| Moving expenses: | $44,431.34 |
| Loss of equity: | $38,224.90. |

Relevant documents are available for inspection and copying.

D. **Relevant Insurance Policies**

The Plaintiff does not have in her possession, custody, or control any insurance policies relevant to the present action.

E. **Disclosure Regarding Expert Testimony**

The Plaintiff has not identified any expert who is expected to present testimony at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence.

                                PAMELA J. HILCHEY,
                                Plaintiff,

                                By her attorneys,


                                /s/ Eric P. Finamore
                                Eric P. Finamore, BBO 541872
                                Weston Patrick
                                84 State Street, Suite 1100
                                Boston, MA 02109
                                (617) 742-9310

I here by certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic filing and paper copies will be sent to those indicated as non-registered on January 27, 2007.

                                /s/ Eric P. Finamore