# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 CV 10152 NMG

PAMELA J. HILCHEY,  )
)
        Plaintiff,  )
)
v.  )
)
CITY OF HAVERHILL, *et al.*,  )
)
        Defendants.  )
)

## PLAINTIFF'S MOTION TO EXTEND THE TIME TO MAKE EXPERT DISCLOSURES

Now comes the plaintiff, and moves this Honorable Court to extend the time within which she must make her expert disclosures under Fed. R. Civ. P. 26(a)(2). That time is presently scheduled to expire on March 31, 2007. The plaintiff requests an extension of 30 days to make her disclosures.

As grounds for this motion, the plaintiff states that the parties have worked diligently to complete fact discovery; however, because of the complexity in scheduling the appearances of witnesses (as well as a number of snow storms), some important depositions remain to be completed. Those depositions have been scheduled, and it is hoped that they can be completed by late this month. *See, e.g.,* letters of counsel attached as Exhibit A. The plaintiff requires these depositions to be concluded before she can make adequate expert disclosures, and she will be prejudiced in her attempts to obtain expert testimony without this discovery.

Therefore, the plaintiff requests this Court to extend the time for her to make her expert disclosures under Fed. R. Civ. P. 26(a)(2) to April 30, or such further time as the Court deems appropriate.

Plaintiff, by her attorneys,

*/s/ Eric P. Finamore*
Eric P. Finamore, BBO 541872
Weston Patrick
84 State Street, Suite 1100
Boston, MA 02109
(617) 742-9310

I here by certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic filing and paper copies will be sent to those indicated as non-registered on March 9, 2007.

*/s/ Eric P. Finamore*

2

**EXHIBIT A**

# WESTON, PATRICK, WILLARD & REDDING
### A PROFESSIONAL ASSOCIATION OF INDEPENDENT ATTORNEYS SINCE 1897*
84 STATE STREET
BOSTON, MASSACHUSETTS 02109-2299

| | | |
|---|---|---|
| GEORGE B. REDDING (1905-1998) | (617) 742-9310 | L. SETH STADFELD |
| RALPH H. WILLARD, JR. (1917-2004) | FACSIMILE (617) 742-5734 | JOHN R. SHEK |
| ————— | | PAUL S. ALPERT |
| CHARLES E. HOLLY | | ERIC P. FINAMORE |
| C. PETER R. GOSSELS | | PETER M. MACY |
| CHARLES S. ADAMS | | MARK H. HOLLY |
| RICHARD B. OSTERBERG | | TINA LEUNG |
| PAUL F. RYAN | | ALLYSON A. GOULD |
| MICHAEL W. WIGGINS | | LINDSEY M. BURKE |
| RONALD E. HARDING | | ERIN B. FINN |
| J. WALTER FREIBERG, III | | ERIC J. GYLLENBORG |
| GREGORY R. BARISON | | |

November 14, 2006

Lili K. Geller, Esq.                        Scott G. Gowen, Esq.
Black, Cetkovic & Whitestone          Lang & Associates
200 Berkley Street                        220 Broadway, Suite 105
Boston, MA 02116                         Lynnfield, MA 01940

Regina M. Ryan, Esq.
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

Re:    Pamela J. Hilchey v. Phyllis Monigle, et al.
       Essex Superior Court, Civil Action No. 05-1543

       Pamela J. Hilchey v. City of Haverhill, et al.
       U.S. District Court, C.A. No. 05 CV 10152 NMG

Dear Counsel:

This will confirm that the depositions of Officers Melanson and Arahovites, scheduled to occur tomorrow, will be rescheduled because of Attorney Ryan's trial schedule.

Sincerely,

Eric P. Finamore

epf/
enclosure

*EACH ATTORNEY IN THIS ASSOCIATION IS AN INDEPENDENT PROFESSIONAL WHO IS NOT RESPONSIBLE FOR THE PRACTICE OR LIABILITY OF ANY OTHER ATTORNEY IN THE ASSOCIATION EXCEPT FOR THOSE DIRECTLY EMPLOYED BY OR PRACTICING IN PARTNERSHIP WITH THAT ATTORNEY

## MERRICK, LOUISON & COSTELLO, LLP
### ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merrickllc.com

January 29, 2007

**Via Fax (617) 536-2387**
Lili Geller, Esquire
Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA 02116

**Via Fax (617) 742-5734**
Eric P. Finamore, Esquire
WESTON, PATRICK, WILLARD &
REDDING
84 State Street
Boston, MA 02109

**Via Fax (781) 595-8585**
John Lange, Esquire
Lange & Associates
220 Broadway
Lynnfield, MA 01940

Re:    **Pamela Hilchey v. City Haverhill, et al**
       **USDC CA No. 05-10152-NMG**

Dear Counsel:

I write to confirm that the depositions of the defendants Officers Victor Pellot and Gary Melanson have been cancelled for tomorrow Tuesday, January 20, 2007.

Thank you for your attention to this matter.

Very truly yours,

Regina M. Ryan(mob)

RMR/mob

## MERRICK, LOUISON & COSTELLO, LLP
#### ATTORNEYS AT LAW

#### 67 BATTERYMARCH STREET
#### BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklo.com

February 15, 2007

**Via Fax (617) 536-2387**
Lili Geller, Esquire
Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA 02116

**Via Fax (617) 742-5734**
Eric P. Finamore, Esquire
WESTON, PATRICK, WILLARD &
REDDING
84 State Street
Boston, MA 02109

**Via Fax (781) 595-8585**
John Lange, Esquire
Lange & Associates
220 Broadway
Lynnfield, MA 01940

Re:    **Pamela Hilchey v. City Haverhill, et al**
       **USDC CA No. 05-10152-NMG**

Dear Counsel:

Please be advised that I have conferred with my clients and due to witness unavailability I am requesting that the depositions for Tuesday, February 20, 2007 be postponed. It is likely that I would only be to have one or two of the proposed witnesses available for that day. I will have my office contact you to reschedule these depositions in the week or two following February 20, 2007. As we have all agreed this will have no bearing on the deposition deadline scheduled by the court.

Thank you for your anticipated cooperation.

Very truly yours,

Regina M. Ryan (mob)

RMR/mob

cc:    Capt. Alan Ratte (Via Fax (978) 373-7770)

## WESTON, PATRICK, WILLARD & REDDING
### A PROFESSIONAL ASSOCIATION OF INDEPENDENT ATTORNEYS SINCE 1897*
84 STATE STREET
BOSTON, MASSACHUSETTS 02109-2299
(617) 742-9310
FACSIMILE (617) 742-5734

GEORGE B. REDDING (1905-1998)
RALPH H. WILLARD, JR. (1917-2004)

CHARLES E. HOLLY
C. PETER R. GOSSELS
CHARLES S. ADAMS
RICHARD B. OSTERBERG
PAUL F. RYAN
MICHAEL W. WIGGINS
RONALD E. HARDING
J. WALTER FREIBERG, III
GREGORY R. BARISON

L. SETH STADFELD
JOHN R. SHEK
PAUL S. ALPERT
ERIC P. FINAMORE
PETER M. MACY
MARK H. HOLLY
TINA LEUNG
ALLYSON A. GOULD
ERIN B. FINN
ERIC J. GYLLENBORG
EDWARD K. LAW

March 6, 2007

Regina Ryan, Esq
Merrick, Louison & Costello
67 Battery March Street
Boston, MA 02110

> Re:    Pamela J. Hilchey v. City of Haverhill, et al
>        U.S. District Court Civil Action No. 005 CV 10152 NMG

Dear Ms. Ryan:

Relative to the above-captioned action, this will confirm that we have scheduled the following depositions to be taken at the offices of Weston Patrick, 84 State Street, Boston, MA:

- o Deposition of John J. Guerin, Jr.; March 26, 2007 at 9:00 a.m.
- o Deposition of Kim J. Parolisi; March 26, 2007 at 11:00 a.m.
- o Deposition of Lance Dawkins; March 26, 2007 at 1:00 p.m.
- o Deposition of Victor M. Pellot; March 28, 2007 at 9:00 a.m.
- o Deposition of William Leeman; March 28, 2007 at 11: a.m.
- o Deposition of Gary J. Melanson; March 28, 2007 at 1:00 p.m.

Thank you for your attention to this matter.

Sincerely,

Eric P. Finamore

EPF/mel
cc:    Lili K. Geller, Esq.
       Scott G. Gowen, Esq.