UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. No. 005 CV 10152 NMG

|  |  |
|---|---|
| PAMELA J. HILCHEY, | ) |
| Plaintiff, | ) |
| v. | ) |
| CITY OF HAVERHILL, *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO EXTEND
THE PRETRIAL AND DISCOVERY SCHEDULE**

Plaintiff, Pamela J. Hilchey, by her attorney, Eric P. Finamore, hereby moves this Honorable Court for an order pursuant to Local Rule 16.1 of the United States District Court of the District of Massachusetts, granting a 60-day extension of time for the completion of discovery from the date of the filing of this motion, as well as a commensurate extension of time for expert disclosures and depositions, service of dispositive motions, and trial. As grounds therefor the plaintiff states as follows:

1. The parties have actively been pursuing discovery, and have completed many depositions, including those of the plaintiff and all but one of the individual defendants, as well as written discovery such as interrogatories and requests for production. However, the parties have not been able to complete the discovery that would enable them to prepare adequately for the trial of the matter. Additional depositions and written discovery remains to be completed, despite the parties' best efforts to complete it on a timely basis.

2. From the plaintiff's perspective, in particular, individual defendant Kim J. Parolisi, Captain in the Haverhill Police Department, and the Acting Chief of Police at the time of the events pertaining to this action, has not been deposed. He did not appear for his deposition, although it was noticed and scheduled, and all counsel were present. Thus, Captain Parolisi's deposition remains to be taken.

3. Plaintiff served timely interrogatories and requests for production on the defendant City of Haverhill, to which the City of Haverhill has not responded. The City's responses, therefore, also remain to be completed. These responses are substantively critical to all issues in this action. The Plaintiff is entitled to receive such discovery responses and to depose, on the basis of them, the individual acting on behalf of the City of Haverhill pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

4. The Plaintiff has also requested personnel files which have not, to date, been produced, although counsel for the parties have been attempting to resolve the issue of whether such personnel files are appropriately producible pursuant to the applicable decisional authority. This issue, as well, remains to be completed prior to the close of discovery.

5. Most recently, on April 23, 2007, just three days prior to the filing of this Motion and months after the presently-operative discovery deadline, the Defendants produced, *for the first time,* audio recordings of 911 calls received by the defendant police officers, as reflected in the attached Exhibit A. The Plaintiff could object to this late production (and reserves the right to do so) on the basis that it occurred long after the discovery period has closed, after many fact-witness depositions have been completed

(many of whom might have been questioned about the contents of the telephone calls) and, indeed, after the originally-scheduled deadline for the plaintiff's expert disclosures.

6. In the present context, rather than objecting, the Plaintiff points out the defendants' late production of evidence as an indication of the need for additional time for discovery, and of the difficulty the parties have had in locating and producing all discoverable materials. The late production of evidence by the defendants, and the other outstanding discovery requests, create a substantial risk of prejudice to the plaintiff, unless she is provided with an additional period to conduct discovery and to determine whether additional documents or recordings exist.

7 In view of the late-produced discovery materials, and the discovery requests which are still outstanding, including the defendant City of Haverhill's answers to interrogatories and document production, the Plaintiff requests this Court to grant her additional time to determine the scope of evidence which is discoverable and which will be available to assist her at trial.

8. The parties have attempted to complete discovery in good faith. However, this case involves a wide range of factual issues and therefore it is proven difficult to complete discovery. Plaintiff suggests that *all* parties will benefit from additional time.

9. Additionally, although a number of depositions were noticed and scheduled over the winter, severe inclement weather just prior to them required rescheduling, and this factor has also caused a delay in the completion of discovery.

10. In addition, the Defendants have requested the Plaintiff to produce documents in addition to those which the Plaintiff has already provided, and additional time is required to complete this discovery, as well.

11. In any event, the Paintiff cannot adequately prepare expert testimony, or oppose dispositive motions, until she has received adequate responses to her discovery requests.

12. The parties, in short, are continuing to attempt to fulfill their discovery obligations and to allow for adequate preparation for the trial of the matter. The Plaintiff recognizes the Court's interest in resolving this case promptly, and does not make this request lightly. However, no party would be prejudiced by a sixty-day extension of the Scheduling Order, and the interests of justice require additional time for the completion of discovery, expert disclosures, and trial.

**WHEREFORE**, the Plaintiff, Pamela J. Hilchey, respectfully requests this Honorable Court to extend the presently-operative Scheduling Order, by allowing an additional sixty days from the present time for additional discovery, and to extend all other applicable deadlines and trial for a commensurate time period as well.

Respectfully submitted,
PAMELA J. HILCHEY,
Plaintiff, by her attorney,

/s/ Eric P. Finamore
Eric P. Finamore, BBO # 541872
Weston Patrick, P.A.
84 State Street, Suite 1100
Boston, MA 02109
(617) 742-9310

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 26, 2007.

/s/ Eric P. Finamore

4

**EXHIBIT A**

## MERRICK, LOUISON & COSTELLO, LLP
ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com

April 23, 2007

Lili Geller, Esquire
Law Offices of Black & Bynoe
10 St. James Avenue, 9th Floor
Boston, MA 02116

Eric P. Finamore, Esquire
WESTON, PATRICK, WILLARD & REDDING
84 State Street
Boston, MA 02109

John Lang, Esquire
Lang & Associates
220 Broadway, Suite 105
Lynnfield, MA 01940

Re:   **Pamela Hilchey v. City of Haverhill, et al**
      USDC CA No. 05-10152-NMG

Dear Counsel:

Enclosed, with regard to the above-entitled matter, please find a CD containing the 911 call to the Haverhill Police Department.

Feel free to contact me with any questions.

Very truly yours,

Regina M. Ryan

RMR/lsc
Enclosure

### Eric Finamore

| | |
|---|---|
| **From:** | Linda Cristini [lcristini@merricklc.com] |
| **Sent:** | Monday, April 23, 2007 10:44 AM |
| **To:** | lili.geller@libertymutual.com; epf@wpwr.com; jlang@jlangandassociates.com |
| **Cc:** | Regina Ryan |
| **Subject:** | Pamela Hilchey v. City of Haverhill, et al. |
| **Attachments:** | Track01.cda; Track02.cda; Track03.cda |

Pursuant to Automatic Discovery Disclosures, attached please find the 911 call with regard to the above matter.


Linda S. Cristini
Assistant to Regina M. Ryan, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
617-439-0305
617-439-0325 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. No. 005 CV 10152 NMG

| | |
|---|---|
| PAMELA J. HILCHEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF HAVERHILL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)**

I hereby certify, in accordance with Local Rule 7.1(A)(2) of the District Court, that I have conferred with counsel for the defendants in a good faith in an attempt to narrow or resolve the issues presented by the Plaintiff's Motion to Extend the Pretrial and Discovery Schedule, but the parties have been unable to resolve all outstanding issues.

By plaintiff's attorney,

*/s/ Eric P. Finamore*
Eric P. Finamore, MA BBO No. 541872
Weston Patrick, P.A.
84 State Street
Boston, MA 02109
(617) 742 – 9310

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 25, 2007.

*/s/ Eric P. Finamore*