UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 CV 10152 NMG

|  |  |
|---|---|
| PAMELA J. HILCHEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CITY OF HAVERHILL, *et al.*, | ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION FOR A STATUS CONFERENCE**

Now comes the plaintiff, and moves this Honorable Court to convene a status conference, at which remaining pretrial issues can be discussed. Plaintiff respectfully suggests that such a conference is warranted, and would be productive, for the following reasons:

1. In May, 2007, plaintiff filed a motion to extend the time for completion of discovery through June, 2007. That motion was allowed by the Court.

2. At that time, remaining discovery included written discovery responses from the defendant, City of Haverhill, and deposition testimony from one or more representatives of the City of Haverhill.

3. Since the Court's allowance of the motion, counsel have made several attempts to complete discovery. The deposition of the City was noticed but cancelled at defense counsel's request, because paper discovery remained incomplete. To date, the City has not served answers to interrogatories or a complete document production.

4.  Plaintiff requires the remaining discovery to make her expert disclosures.

5.  Defense counsel has indicated an intention to file a motion for summary judgment. The plaintiff also requires the remaining discovery to oppose any such motion.

6.  Defense counsel has also indicated the possibility of seeking court approval to bifurcate discovery in light of the issues which would be raised by the summary judgment motion.

7.  Counsel have also discussed the possibility of mediation. Plaintiff is amenable to mediation through the District Court mediation program.

8.  Undersigned plaintiff's counsel has followed up in writing on the possibilities of mediation and of bifurcation of discovery, and has also requested discovery responses, copies of which are attached as Exhibit A, but no further discussions have ensued. Discovery responses have not been received from the defendant.

9.  Because of the factual complexity of this case and the Court's enlargement of time for discovery, the time limitations for pretrial events as agreed at the original Scheduling Conference have largely elapsed. Therefore, plaintiff respectfully suggests that a revised pretrial schedule is required, so that the case can be promptly resolved.

10. A status conference would provide the parties and the Court with the opportunity to discuss and agree upon: (a) the completion of discovery; (b) timing for expert disclosures; (c) the potential for mediation, through the Court program or otherwise; (d) timing of dispositive motions, and (e) a trial date. Plaintiff's counsel respectfully suggests that such a conference would be productive, and would aid in the prompt disposition of this action.

WHEREFORE, for the foregoing reasons, the plaintiff moves this Honorable Court to schedule a status conference in the near future, at a time convenient to the Court, for discussion and resolution of the above-described issues.

Plaintiff, by her attorneys,

*/s/ Eric P. Finamore*
Eric P. Finamore, BBO  541872
Weston Patrick
84 State Street, Suite 1100
Boston, MA 02109
(617) 742-9310

I here by certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic filing and paper copies will be sent to those indicated as non-registered on July 11, 2007.

*/s/ Eric P. Finamore*

# EXHIBIT A

Case 1:05-cv-10152-NMG   Document 35-2   Filed 07/11/2007   Page 1 of 3

## WESTON, PATRICK, WILLARD & REDDING

A PROFESSIONAL ASSOCIATION OF INDEPENDENT ATTORNEYS SINCE 1897*

84 STATE STREET
BOSTON, MASSACHUSETTS 02109-2299
(617) 742-9310
FACSIMILE (617) 742-5734

GEORGE B. REDDING (1905-1998)
RALPH H. WILLARD, JR. (1917-2004)

CHARLES E. HOLLY
C. PETER R. GOSSELS
CHARLES S. ADAMS
RICHARD B. OSTERBERG
PAUL F. RYAN
MICHAEL W. WIGGINS
RONALD E. HARDING
J. WALTER FREIBERG, III
GREGORY R. BARISON

L. SETH STADFELD
JOHN R. SHEK
PAUL S. ALPERT
ERIC P. FINAMORE
PETER M. MACY
MARK H. HOLLY
TINA LEUNG
ERIN B. FINN
ERIC J. GYLLENBORG
EDWARD K. LAW

June 29, 2007

Regina M. Ryan, Esq.
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

Re: *Pamela Hilchey v. City of Haverhill, et al.*
Civil Action No. 005 CV 10152 NMG

Dear Attorney Ryan:

I write to request discovery from the City of Haverhill. On June 15, 2007, we agreed that you would produce documents, limited for the present to the range we discussed, as well as answers to interrogatories, and that you would designate one or more individuals to be deposed as representatives of the City.

Subsequently, on June 21, you suggested that you may file a motion to bifurcate discovery, to permit disposition of the probable cause issue, and potentially to avoid the need for discovery on the City's policies. I told you that I did not have an immediate response to that suggestion, but I would wait to see the motion and respond appropriately. In addition, we discussed the possibility of mediation, and I told you that I would recommend it to my client.

I have not heard back from you since our conversation of last week. Accordingly, I write to request that you produce the discovery due from the City, and/or file your proposed bifurcation motion. The discovery deadline, as extended by my most recent motion, has now expired, and I need to complete discovery in order to prepare an expert disclosure. In addition, I remain interested in discussing mediation, and request that you get back to me on that subject as well.

Sincerely,

Eric P. Finamore

epf/

*EACH ATTORNEY IN THIS ASSOCIATION IS AN INDEPENDENT PROFESSIONAL WHO IS NOT RESPONSIBLE FOR THE PRACTICE OR LIABILITY OF ANY OTHER ATTORNEY IN THE ASSOCIATION EXCEPT FOR THOSE DIRECTLY EMPLOYED BY OR PRACTICING IN PARTNERSHIP WITH THAT ATTORNEY

## WESTON, PATRICK, WILLARD & REDDING
A PROFESSIONAL ASSOCIATION OF INDEPENDENT ATTORNEYS SINCE 1897*

84 STATE STREET
BOSTON, MASSACHUSETTS 02109-2299
(617) 742-9310
FACSIMILE (617) 742-5734

GEORGE B. REDDING (1905-1998)
RALPH H. WILLARD, JR. (1917-2004)

CHARLES E. HOLLY
C. PETER R. GOSSELS
CHARLES S. ADAMS
RICHARD B. OSTERBERG
PAUL F. RYAN
MICHAEL W. WIGGINS
RONALD E. HARDING
J. WALTER FREIBERG, III
GREGORY R. BARISON

L. SETH STADFELD
JOHN R. SHEK
PAUL S. ALPERT
ERIC P. FINAMORE
PETER M. MACY
MARK H. HOLLY
TINA LEUNG
ERIN B. FINN
ERIC J. GYLLENBORG
EDWARD K. LAW

June 15, 2007

<u>By Facsimile and Regular Mail</u>

Regina M. Ryan, Esq.
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

Re: *Pamela Hilchey v. City of Haverhill, et al.*
    <u>Civil Action No. 005 CV 10152 NMG</u>

Dear Attorney Ryan:

This will confirm our conversation regarding discovery responses from the City of Haverhill.

We have agreed that the Rule 30(b)(6) deposition, scheduled for Monday, June 18, 2007, will be continued to the earliest practicable date, hopefully later in the week. We have also agreed that in advance of the rescheduled deposition you will provide me with discovery documents reflecting any claims of civil rights violations against the defendants and/or the City (as defined in the plaintiff's requests for documents), whether or not such claims were placed in suit, for a period of five years prior to the incident of September 7, 2007. I would also appreciate receiving the City's answers to interrogatories in advance of the deposition.

Thank you for your attention to these matters.

Sincerely,

Eric P. Finamore

epf/
cc: David Miller, Esq.

*EACH ATTORNEY IN THIS ASSOCIATION IS AN INDEPENDENT PROFESSIONAL WHO IS NOT RESPONSIBLE FOR THE PRACTICE OR LIABILITY OF ANY OTHER ATTORNEY IN THE ASSOCIATION EXCEPT FOR THOSE DIRECTLY EMPLOYED BY OR PRACTICING IN PARTNERSHIP WITH THAT ATTORNEY