UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

PAMELA HILCHEY
    Plaintiff,

V.

CITY OF HAVERHILL, JOHN J. GUERIN,
STEPHEN BRIGHI, KIM J. PAROLISI,
LANCE A. DAWKINS, ALAN RATTE,
GARY J. MELANSON, JOHN ARAHOVITES,
VICTOR M. PELLOT, GEORGE DEKEON, JR.,
and WILLIAM LEEMAN,
    Defendants.

## DEFENDANTS' MOTION TO BIFURCATE DISCOVERY AND TRIAL ISSUES

The defendants hereby move this Court to bifurcate the issues of municipal and supervisory liability from individual liability for purposes of discovery and trial.

As grounds therefor, the defendants state that in the interest of judicial economy, time and fairness, the case against the individual officers should proceed first, as municipal and supervisory liability can only be reached if the individuals are found liable.  Evidence which might be offered by the plaintiffs to establish liability as against the municipality would be inadmissible and prejudicial as to the individual defendants if offered at the same time.

The defendants rely on the attached memorandum of law.

Defendants, by their attorney,

*/s/ Regina M. Ryan*

_____
Douglas I. Louison   BBO# 545191
Regina M. Ryan BBO# 565246
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

      I, Regina M. Ryan., hereby certify that on the 12th day of July, 2007, I served the foregoing via electronic filing directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

                                                  */s/ Regina M. Ryan*

                                                  Regina M. Ryan