UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

PAMELA HILCHEY
    Plaintiff,

V.

CITY OF HAVERHILL, JOHN J. GUERIN,
STEPHEN BRIGHI, KIM J. PAROLISI,
LANCE A. DAWKINS, ALAN RATTE,
GARY J. MELANSON, JOHN ARAHOVITES,
VICTOR M. PELLOT, GEORGE DEKEON, JR.,
and WILLIAM LEEMAN,
    Defendants.

## DEFENDANTS CITY OF HAVERHILL, JOHN J. GUERIN, JR.,STEPHEN BRIGHI, KIM PAROLISI, LANCE DAWKINS, ALAN RATTE, GARY MELANSON, JOHN ARAHOVITES, VICTOR PELLOT, GEORGE DEKEON, JR. AND WILLIAM LEEMAN'S MOTION FOR SUMMARY JUDGMENT

    Pursuant to Fed. R. Civ. P. 56, the defendants, City of Haverhill, John J. Guerin, Jr., Stephen Brighi, Kim Parolis, Lance Dawkins, Alan Ratte, Gary Melanson, John Arahovites, Victor Pellot, George Dekeon, Jr. and William Leeman, hereby move that summary judgment be entered in their favor. The defendants state there are no genuine issue of material fact, and they are entitled to judgment as a matter of law.

    The defendants rely on the attached memorandum of law in support of their motion.

    The defendants request that the Court hear oral arguments on the within motion.

Defendants, City of Haverhill, John J.
Guerin, Stephen Brighi, Kim J. Parolisi,

        Lance A. Dawkins, Alan Ratte, Gary J. Melanson, John Arahovites, Victor M. Pellot, George Dekeon, Jr., and William Leeman
by their attorney,

*/s/ Regina M. Ryan*

_____
Douglas I. Louison   BBO# 545191
Regina M. Ryan BBO# 565246
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

**CERTIFICATE OF SERVICE**

    I, Regina M. Ryan., hereby certify that on the 30th day of July, 2007, I served the foregoing electronic filing and by causing a copy to be mailed, postage prepaid, directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

/s/ *Regina M. Ryan*
_____
Regina M. Ryan