UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

PAMELA HILCHEY
    Plaintiff,

V.

CITY OF HAVERHILL, JOHN J. GUERIN,
STEPHEN BRIGHI, KIM J. PAROLISI,
LANCE A. DAWKINS, ALAN RATTE,
GARY J. MELANSON, JOHN ARAHOVITES,
VICTOR M. PELLOT, GEORGE DEKEON, JR.,
and WILLIAM LEEMAN,
    Defendants.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Now come the defendants in the above-captioned matter, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, and state that a conference was initiated by Attorney Regina M. Ryan with the plaintiff's counsel, Eric P. Finamore, Esquire, regarding the Defendants' Motion for Summary Judgment. Counsel were not able to resolve the issues raised by the motion.

    Defendants,
    by their attorney,

    */s/ Regina M. Ryan*
    _____
    Douglas I. Louison   BBO# 545191
    Regina M. Ryan BBO# 565246
    MERRICK, LOUISON & COSTELLO
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

## CERTIFICATE OF SERVICE

  I, Regina M. Ryan., hereby certify that on the 30th day of July, 2007, I served the foregoing via electronic filing directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

                */s/ Regina M. Ryan*

                _____
                Regina M. Ryan