# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CA NO. 05-10152NMG**

**PAMELA HILCHEY**
    **Plaintiff,**

**V.**

**CITY OF HAVERHILL, JOHN J. GUERIN,**
**STEPHEN BRIGHI, KIM J. PAROLISI,**
**LANCE A. DAWKINS, ALAN RATTE,**
**GARY J. MELANSON, JOHN ARAHOVITES,**
**VICTOR M. PELLOT, GEORGE DEKEON, JR.,**
**and WILLIAM LEEMAN,**
    **Defendants.**

### DEFENDANTS CITY OF HAVERHILL, JOHN J. GUERIN, JR.,STEPHEN BRIGHI, KIM PAROLISI, LANCE DAWKINS, ALAN RATTE, GARY MELANSON, JOHN ARAHOVITES, VICTOR PELLOT, GEORGE DEKEON, JR. AND WILLIAM LEEMAN'S STATEMENT OF UNDISPUTED FACTS AND LEGAL ISSUES PURSUANT TO L.R. 56.1

1. The plaintiff Pamela Hilchey and her husband Ronald Hilchey owned a residential property at 1 Courtland Road, Haverhill, MA from 1997 until October 30, 2002.

2. Ronald Hilchey is a Police Officer with the City of Haverhill Police Department and has held this position from 1997 up to the present day.

3. Mr. and Mrs. Hilchey and their daughter Lindsay resided at 1 Courtland Road in the City of Haverhill.

4. Mrs. Hilchey had an ongoing dispute with her neighbors and the police were called to the neighborhood on many occasions prior to her arrest.

5. On October 5, 2001, Elisha Regan (Kevin Regan's mother) and Jennifer Sternleaf (a neighbor of Mrs. Hilchey) filed an incident report with the Haverhill Police

alleging that Mrs. Hilchey made threats towards children in the neighborhood. Specifically, Mrs. Regan filed the report stating that the plaintiff Mrs. Hilchey stated to her on October 5, 2001, "I will hit any child that is on the street." (See Exhibit L, three pages).

6.    On September 23, 2001, the plaintiff's neighbors sent a letter to then Chief Brighi of the Haverhill Police Department complaining that Mrs. Hilchey threatened the neighbors with a gun, shouted profanities throughout the day and night to innocent people and threw glass into the street and sped her motor vehicle to endanger child in the neighborhood. (See attached Exhibit M, three pages).

**Arrest/Warrant**

7.    On September 7, 2002, the plaintiff Pamela Hilchey was arrested by the Haverhill Police. (Please see Plaintiff's Amended Complaint and Jury Claim).

8.    The Haverhill District Court issued a warrant on September 7, 2002 for the arrest of Pamela Hilchey for three counts of assault by means of a dangerous weapon to wit a motor vehicle. (Please see Exhibit B).

9.    The Haverhill police relied on the three witness statements when it sought a warrant for the arrest of the plaintiff from the Haverhill District Court. (See Exhibit H and O)

10.   After the warrant was issued, Mrs. Hilchey was arrested and charged with three counts of assault by means of a dangerous weapon pursuant to c. 265, §15B. (Please see attached Exhibit A, Application for Complaint).

11.   A criminal complaint was filed against Pamela Hilchey. (Please see Exhibit A).

12.   On the Application for Complaint, the three victims were identified as Katelyn

Monigle, Matthew Monigle and Amanda Bastarache, all neighbors of Mrs. Hilchey and minor children.

13.    On September 10, 2002 at 2:35 p.m. the Haverhill Police interviewed and obtained a statement from Kevin Regan, another neighbor of the plaintiff who was present at the time of the incident, regarding his allegations against Mrs. Hilchey for assault with a dangerous weapon.  (See attached Exhibit K).

14.    A second Application for Complaint was made on September 19, 2002 by Det. George Dekeon, Jr. for assault by dangerous weapon (motor vehicle) and the victim was Kevin T. Regan. (Please see Exhibit C)

**Date of Incident:**

15.    On September 7, 2002, Officer Melanson and Sgt. Pellot were dispatched to 49 Pear Tree Lane on an assault complaint.  (See Exhibit F).

16.    49 Pear Tree Lane is owned by Phyllis Monigle and her husband who live in the neighborhood of the plaintiff Pamela Hilchey.

17.    The officers were informed by the victims that at 9:10 a.m. on September 27, 2002, Mrs. Hilchey drove into the development where the victims (four minor children) were riding their bicycles.  Mrs. Hilchey drove her Chevy Tahoe truck at the children and they became scared.  Mrs. Hilchey then left the development and came back approximately 10 minutes later and drove into her driveway at 1 Courtland Road.  (See Exhibit F)

18.    Officer Melanson interviewed the children and took statements from the children regarding what allegedly occurred with Mrs. Hilchey.  (See Exhibit F)

19.    Officer Melanson has nineteen years of experience in interviewing witnesses.

(See deposition of Melanson, page 117-118.)

20.    When he interviewed the victims, he found them to be credible. (See deposition of Melanson, page 117-118.)

21.    Officer Melanson would not have sought an application for a complaint if the content of the statements did not satisfy the elements of the crime.  (See deposition of Melanson, page 117-119.)

22.    Officer Melanson prepared a Haverhill Police Department Incident Report regarding the allegations against Ms. Hilchey.  (See Exhibit G).

23.    Officer Melanson was ordered to meet with Detectives Dawkins and Dekeon to re-interview the victims at the police statement and take statements from them. (See Exhibit H).

24.    A statement was taken from Katelyn Monigle on September 7, 2002 at 2:15 p.m. (See attached Exhibit I, four pages).

25.    A statement was also taken from Matthew Monigle on September 7, 2002 at 2:40 p.m.  (See attached Exhibit J, one page).

26.    A statement was also taken from Amanda Bastarache on September 7, 2002 at 2:35 p.m.  (See attached Exhibit N, one page).

27.    Relying on the three witness statements, the Haverhill police sought and obtained an arrest warrant for Mrs. Hilchey for assault with a dangerous weapon.  She was arrested that evening at her residence.  (See Exhibit O)

28.    Mrs. Hilchey was transported to the police station where she was photographed, booked and released to her husband that evening.  (See Exhibit H)

29.    On August 1, 2003, after a trial, a jury acquitted the plaintiff of all charges.

## STATEMENT OF LEGAL ISSUES PURSUANT TO L.R. 56.1

1.    The Fourth Amendment requires that arrests be based on probable cause.  Beck v. Ohio, 379 U.S. 89 (1964); Alexis v. McDonald's Restaurants of Mass.,Inc., 67 F.3d 341, 349 (1st Cir. 1995).  If probable cause to arrest exists, then there has not been a constitutional deprivation.  See Roche v. John Hancock Mut. Life Ins.Co., 81 F.3d 249, 254 (1st Cir. 1999).  The probable cause standard is a "relatively low threshold" for police officers to establish.  White v. Town of Marblehead, 989 F.Supp. 345, 349 (D. Mass. 1997).  It is also well settled that an officer who conducts an arrest pursuant to a warrant is liable only "where the officer should have known that the facts recited in the affidavit did not constitute probable cause.  Abreu-Guzman v. Ford, 241 F.3d 69 (1st Cir. 2001); citing  Rodriques v. Furtado, 950 F.2d 805, 812 (1st Cir. 1991).

2.    Municipal liability under section 1983 cannot be based on *respondeat superior*. Monell v. New York City Dep't of Soc. Svces., 436 U.S. 658, 98 S.Ct. 2018 (1978).  In order to hold a municipality liable under Section 1983 or the MCRA, a plaintiff must "identify a municipal 'policy' or 'custom' that caused his or her injury."  Board of the County Comm'rs of Bryant County v. Brown, 117 S.Ct. 1382, 1388 (1997)  Municipal liability lies only when a municipal policy or custom causes the alleged constitutional deprivation.  Manarite v. City of Springfield, 957 F.2d 953 (1st Cir. 1992).

3.    In cases of arrests with a warrant, this Circuit has stated "it is objectively reasonable for officers to seek an arrest warrant "so long as the presence of probable cause is at least arguable".  Abreu-Guzman v. Ford, 241 F.3d 69 (2001);

quoting <u>Prokey v. Watkins</u>, 942 F.2d 67, 72 (1st Cir. 1991).  The First Circuit has

even gone on to say that "when officers make an arrest subject to a warrant, then,

even if probable cause is lacking, officers are entitled to qualified immunity

unless the warrant application is so lacking in indicia of probable cause as to

render belief in its existence unreasonable."  <u>Abreu-Guzman v. Ford</u>, 241 F.3d 69

(2001); <u>quoting</u> <u>St. Hillaire v. Laconia</u>, 71 F.3d 20, 28 (1st Cir. 1995); <u>quoting</u>

<u>Malley v. Briggs</u>, 475 U.S. 335, 344-45 (1986).  (emphasis added). Similarly, an

officer who conducts an arrest pursuant to a warrant is liable only "where the

officer should have known that the facts recited in the affidavit did not constitute

probable cause." <u>Rodriques v. Furtado</u>, 950 F.2d 805, 812 (1st Cir. 1991); <u>Floyd</u>

<u>v. Farrell</u>, 765 F.2d 1, 5 (1st Cir. 1985).

Defendants, City of Haverhill, John J.
Guerin, Stephen Brighi, Kim J. Parolisi,
Lance A. Dawkins, Alan Ratte, Gary J.
Melanson, John Arahovites, Victor M.
Pellot, George Dekeon, Jr., and William
Leeman
by their attorney,

*/s/ Regina M. Ryan*

_____
Douglas I. Louison   BBO# 545191
Regina M. Ryan BBO# 565246
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan., hereby certify that on the 30th day of July, 2007, I served the foregoing electronic filing and by causing a copy to be mailed, postage prepaid, directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

*/s/ Regina M. Ryan*
_____

Regina M. Ryan

# EXHIBIT A

| APPLICATION FOR COMPLAINT | ☒ ADULT  ☐ JUVENILE | NUMBER | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

☐ ARREST       ☐ HEARING       ☒ SUMMONS       ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant charging said defendant, with the offense(s) listed below.

| DATE OF APPLICATION 9/7/02 | DATE OF OFFENSE 9/7/02 | PLACE OF OFFENSE Haverhill |
|---|---|---|

COURT DIVISION
**Haverhill District Court**
J.P. Ginty-Blvd.
P. O. Box 1389
Haverhill, MA 01831

NAME OF COMPLAINANT
Officer Gary Melanson

| | NO | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|---|
| ADDRESS AND ZIP CODE OF COMPLAINANT Haverhill Police | 1. | Assault bny Means of Dagerous Weapon | 265 S15B |
| | 2. | 3 counts | |
| NAME, ADDRESS, AND ZIP CODE OF DEFENDANT Pamela Hilchey 1 Courtland Road Haverhill Mass. 01830 | 3. | | |
| | 4. | | |

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | AT | TIME OF HEARING | COURT USE ← ONLY |
|---|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO | NAME OF VICTIM Owner of property, person assaulted, etc | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OF PROPERTY Over or under $250 | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1. | Katelyn Monigle | | | Motor Vehicle |
| 2. | 49 Pear Tree Lane Haverhil Mass. | | | |
| 3. | Matthew Monigle 49 Pear tree Lane Haverhill Mass | | | |
| 4. | Amanda Basterish 1 Middle Road Haverhill Mass. | | | |

OTHER REMARKS: Victims reported they were riding their bicycles when defendant drove towards them with her truck

SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known

| DATE OF BIRTH 8/26/58 | PLACE OF BIRTH | SOCIAL SECURITY NUMBER 023523818 | SEX F | RACE W | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | EMPLOYER/SCHOOL | | MOTHER'S NAME (MAIDEN) | | FATHER'S NAME | | | |

## ↓ COURT USE ONLY ↓

| | DISPOSITION | AUTHORIZED BY |
|---|---|---|

NO PROCESS TO ISSUE
☐ At request of complainant
☐ Complainant failed to prosecute
☐ insufficient evidence having been presented

PROCESS TO ISSUE
☐ Sufficient evidence presented
☐ Defendant failed to appear

TYPE OF PROCESS
☐ Warrant
☐ Summons returnable

☐ Continued to

COMMENTS

# EXHIBIT B

# CHART WARRANT

0238 CR 1669

**Commonwealth of Massachusetts**

**District Court Department**

| S. ADDRESS & ZIP CODE OF DEFENDANT | COURT DIVISION |
|---|---|

amela Hilchey
1 Courtland Rd
~Haverhill, Ma. 01830

Haverhill District Court
J.P. Ginty Blvd. - P.O. Box 1389
Haverhill, Ma. 01831

## REASON FOR WARRANT:

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 8·26·58 | F | W | | | | |

☐ Representation of prosecutor that defendant may not app unless arrested.
☐ Defendant failed to appear after being summoned to appe
☐ Defendant failed to appear after recognizing to appear.
☐ Defendant failed to pay court ordered monies in the amount of $ _____
☐ Defendant failed to appear for probation surrender hearing
☑ Other: Serious Charge

| POLICE INCIDENT NO | | SOCIAL SECURITY NO. |
|---|---|---|
| | | 023523818 |

| DATE OF OFFENSE | | |
|---|---|---|
| 9/1/02 | | |

| DATE & TIME WARRANT ISSUED | | POLICE/DEPARTMENT TO WHICH ISSUED |
|---|---|---|
| 9/7/02 | 6:00 PM. | Haverh. 11 |

| COUNT | WMS OFFENSE CODE OR G.L. CHAP. & SEC. | OFFENSE DESCRIPTION |
|---|---|---|
| 1, 2 & 3 | Chap 265 S16B | Assault by means of A Dangerous Weapon. To wit m/v (3 counts) |

## TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

The Court has ordered that a ☑ WARRANT ☐ DEFAULT WARRANT issue against the above defendant. Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this Court, except as otherwise permitted by G.L. c. 276, §§ 29, 32 & 57-58

## IMPORTANT NOTICE TO POLICE CONCERNING THIS PAPER WARRANT

This temporary paper warrant is issued at a time when it cannot be entered on the Commonwealth's computerized Warrant Management System (WMS). YOU MUST RETURN THIS PAPER WARRANT TO THE ISSUING COURT, AND DELETE ANY ENTRY CONCERNING THIS WARRANT THAT YOU HAVE MADE ON LEAPS OR ANY OTHER COMPUTERIZED WARRANT SYSTEM, ON THE NEXT COURT DAY WHEN THE WMS IS AVAILABLE TO THE ISSUING COURT TO ENTER THIS WARRANT. You will receive no other notice from the court reminding you to do so.

Beginning on the next court day after its issuance, do NOT assume that this warrant is still in effect without first checking its current status on the WMS (or, if it does not yet appear on the WMS, with the issuing court's clerk-magistrate).

| | FIRST JUSTICE | DATE & TIME ISSUED AND SHOWN ABOVE | CLERK-MAGISTRATE / ASST. CLERK |
|---|---|---|---|
| WITNESS: | Kevin Herlihy | X | |

| | I certify that: |
|---|---|
| RETURN OF SERVICE | ☑ The defendant has been arrested as ordered by the Court. |
| | ☐ I am returning this warrant without service to the court. I understand that this warrant has now been or will be reissued through the Warrant Management System. |

| DATE OF RETURN | TITLE OF PERSON MAKING RETURN | SIGNATURE OF PERSON MAKING RETURN |
|---|---|---|
| 9/7/02 | Sergeant John Frah. | X |

C CR 4 (10/95)

# EXHIBIT C

| APPLICATION ☒ ADULT FOR COMPLAINT ☐ JUVENILE | NUMBER *Evidence Sheet* | Trial Court of Massachusetts District Court Department |
|---|---|---|

| ☐ ARREST | ☐ HEARING | ☒ SUMMONS | ☐ WARRANT | COURT DIVISION |
|---|---|---|---|---|

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below

Haverhill District Court
J.P. Ginty Blvd.
P. O. Box 1389
Haverhill, MA 01831

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 09/19/2002 | 09/07/2002 | Haverhill |

| NAME OF COMPLAINANT | NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|---|
| Detective George Dekeon Jr. | 1. | Assault by Dangerous Weapon (M/V) | 265-15B |
| ADDRESS AND ZIP CODE OF COMPLAINANT | 2. | | |
| 40 Bailey Blvd Haverhill, MA. 01830 | | | |
| NAME, ADDRESS, AND ZIP CODE OF DEFENDANT | 3. | | |
| Pamela Hilchey 1 Courtland Rd. | 4. | | |
| Haverhill, MA. 01830 | | | |

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | AT | TIME OF HEARING | COURT USE ONLY ← |
|---|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OF PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1. | Kevin T. Regan | | | Motor Vehicle |
| 2. | 45 Pear Tree Rd. | | | |
| 3. | Haverhill, MA. 01830 | | | |
| 4. | TELE: 978-521-5299 | | | |

OTHER REMARKS:

The defendant drove her motor vehicle (MA Reg.3083PN) a 2002 Chevy Trail Blazer registered to her at the victim as well as three other young children causing them all fear as to almost being struck by the defendant's M/V

X _____
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 08/26/1958 | Lowell, MA. | 023523818 | Female | Cauc. | 5'06" | 250 | Blue | Bro |
| OCCUPATION | | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | | FATHER'S NAME | | | |
| Homemaker | | | Alice | | George Granfield | | | |

| ↓ COURT USE ONLY ↓ | AUTHORIZED BY |
|---|---|

| DATE | DISPOSITION | |
|---|---|---|
| | NO PROCESS TO ISSUE ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE ☐ Sufficient evidence presented ☐ Defendant failed to appear | TYPE OF PROCESS ☐ Warrant ☐ Summons returnable |
| | ☐ Continued to | |
| COMMENTS | | |

# EXHIBIT D

| CRIMINAL COMPLAINT | 0238CR001669 |
| --- | --- |

**Trial Court of Massachusetts**
**Haverhill District Court**

DEFENDANT

HILCHEY, PAMELA
1 COURTLAND ROAD
HAVERHILL, MA 01830

TO ANY JUSTICE OR CLERK-MAGISTRATE
OF THE HAVERHILL DISTRICT COURT

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
| --- | --- | --- | --- | --- | --- | --- |
| 08/26/1958 | F | W | 5'06" | 250 | BLU | BRO |

| INCIDENT REPORT # | SOCIAL SECURITY # |
| --- | --- |
|  | 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 |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| DATE OF OFFENSE | PLACE OF OFFENSE |
| --- | --- |
| 09/07/2002 | HAVERHILL |

| COMPLAINANT | POLICE DEPARTMENT |
| --- | --- |
| MELANSON, GARY | HAVERHILL PD |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
| --- | --- |
| 09/09/2002 | 09/09/2002 12:00 AM |

COUNT-OFFENSE

1. 265/15B/A  ASSAULT W/DANGEROUS WEAPON c265 §15B(b)

on 09/07/2002 did, by means of a dangerous weapon, a MOTOR VEHICLE, assault KATELYN MONIGLE, in violation of G.L. c.265, §15B(b). (PENALTY: state prison not more than 5 years, or jail not more than 2½ years, or not more than $1000.)

COUNT-OFFENSE

2. 265/15B/A  ASSAULT W/DANGEROUS WEAPON c265 §15B(b)

9/07/2002 did, by means of a dangerous weapon, a MOTOR VEHICLE, assault MATTHEW MONIGLE, in violation of G.L. c.265, §15B(b). (PENALTY: prison not more than 5 years; or jail not more than 2½ years; or not more than $1000.)

COUNT-OFFENSE

3. 265/15B/A  ASSAULT W/DANGEROUS WEAPON c265 §15B(b)

on 09/07/2002 did, by means of a dangerous weapon, a MOTOR VEHICLE, assault AMANDA BASTERASH, in violation of G.L. c.265, §15B(b). (PENALTY: state prison not more than 5 years; or jail not more than 2½ years; or not more than $1000.)

COUNT-OFFENSE

| PLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE | ON (DATE) | TOTAL COUNTS |
| --- | --- | --- | --- |
| X | X |  | 3 |

| (PROSECUTION COPY) | FIRST JUSTICE Hon. KEVIN M HERLIHY | | COURT ADDRESS | Haverhill District Court J. P. Ginty Blvd P.O. Box 1389 Haverhill, MA 01831 |
| --- | --- | --- | --- | --- |
| A TRUE  CLERK-MAGISTRATE/ASST. CLERK COPY ATTEST X | | ON (DATE) | | |

# EXHIBIT E

| CRIMINAL COMPLAINT | 0238CR001850 | Trial Court of Massachusetts |
| --- | --- | --- |

**Haverhill District Court**

DEFENDANT
HILCHEY, PAMELA
1 COURTLAND ROAD
HAVERHILL, MA 01830

TO ANY JUSTICE OR CLERK-MAGISTRATE
OF THE HAVERHILL DISTRICT COURT

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
| --- | --- | --- | --- | --- | --- | --- |
| 08/26/1958 | F | W | 5'06" | 250 | BLU | BRO |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

INCIDENT REPORT #          SOCIAL SECURITY #
                          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

DATE OF OFFENSE           PLACE OF OFFENSE
09/07/2002                HAVERHILL

COMPLAINANT               POLICE DEPARTMENT
DEKEON, GEORGE            HAVERHILL PD

DATE OF COMPLAINT         RETURN DATE AND TIME
09/19/2002                10/22/2002 8:30 AM

COUNT-OFFENSE
1. 265/15B/A  ASSAULT W/DANGEROUS WEAPON c265 §15B(b)

on 09/07/2002 did, by means of a dangerous weapon, a MOTOR VEHICLE, assault KEVIN T. REGAN, in violation of G.L. c.265, §15B(b).  (PENALTY: state prison not more than 5 years; or jail not more than 2½ years; or not more than $1000.)

COUNT-OFFENSE

COUNT-OFFENSE

COUNT-OFFENSE

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE | ON (DATE) | TOTAL COUNT |
| --- | --- | --- | --- |
| X | X | | 1 |

| (DEFENDANT COPY) | FIRST JUSTICE Hon. KEVIN M HERLIHY | COURT ADDRESS | Haverhill District Court J.P. Ginty Blvd., |
| --- | --- | --- | --- |
| A TRUE CLERK-MAGISTRATE/ASST. CLERK COPY ATTEST: X | | ON (DATE) | P.O. Box 1389 Haverhill, MA 01831 |

# EXHIBIT F

# Haverhill Police Department
## Narrative/Report Summary

Arrest ☐     Complaint Application ☒     Protective Custody ☐

| | |
|---|---|
| Officer: | Gary Melanson |
| Date: | 09/07/02 |
| Case No: | |
| Booking No: | |
| Defendant: | Pamela Hilchey |

Narrative:

### Officer Melanson will testify:

On Sept. 7, 2002 he as well as Sgt Pellot were dispatched to 49 Pear Tree Lane on an assault complaint. The officers had a conversation with Phyllis Monigle. Mrs. Monigle informed the officers that two of her children as well as another child were riding their bicycles at the entrance of Pear Tree Lane. At approximately 0910 AM the suspect Pamela Hilchey drove into the development. The children said that they were riding their bicycles in the street when Mrs. Hilchey drove her Chevy Ta Ho truck at them. They children got scared. They saw Mrs. Hilchey drive out of the development and then came back approximately 10 minutes later and drive into her driveway at #1 Cortland Road. The children went home and told Mrs. Monigle and she called the police.

Mrs. Monigle informed Officer Melanson that there has been an ongoing dispute with Pamela Hilchey and this Pear Tree neighborhood for the past two years.

Officer Melanson spoke to the children and confirmed the story that Mrs. Gonigle had told him.

Officer Melanson went back to the station and applied for a complaint.

Arresting Officer _____ #57          Officer in Charge _____

# EXHIBIT G

| Hate/Bias Crime | Y | N ✓ |
| Domestic Violence | Y | N ✓ |

**HAVERHILL
POLICE DEPARTMENT
INCIDENT REPORT**

CASE # 200 8027

ACTIVITY # 203 2036

| INCIDENT | LOCATION |
| ASSAULT D/W | PEAR TREE LANE |

**TIME OF OCCURENCE** — TYPE OF PREMISE

| FROM | | | TO | | | | | |
|---|---|---|---|---|---|---|---|---|
| MO. | DAY | YR. | TIME | MO. | DAY | YR. | TIME | CLASS CODE |
| 9 | 7 | 02 | 0910 | 9 | 7 | 02 | 0910 | 916C |

PRIOR VICTIMIZATION  YES  NO  DATE:

**PERSONS**

INVL CODE: M - Missing  O - Owner  R - Reporting  V - Victim  W - Witness  Y - Other

| CODE | NAME | SEX | ADDRESS | RACE | DOB | PHONE |
|---|---|---|---|---|---|---|
| R | MONIBLE, PHYLLIS | F | 49 PEAR TREE LANE HAV | W | 9-31-64 | H 978-521-0031 W |
| V1 | MONIBLE, KATELYN | F | 49 PEAR TREE LANE HAV | W | 2-18-93 | / / |
| V2 | MONIBLE, MATTHEW | M | 49 PEAR TREE LANE HAV | W | 7-11-97 | / / |
| V3 | BASTEN-NH, AMANDA | F | 1 MIDDLE LANE HAV | W | 1-2-93 | 978-457-0656 |

**SUSPECT 1**

LAST: HICKEY  FIRST: PAMELA  MIDDLE:  GEN:  AKA:

SUSPECT 1 ADDRESS: 1 COURTLAND ROAD  HAVERHILL  MASS

RESIDENCE PHONE:  OTHER PHONE:  OCCUPATION:

| RACE W | SEX F | DOB 8-26-58 | HT | WT | HAIR | EYES | DL NUMBER | STATE | CLASS | HAZARD Y/N |

DISPOSITION: (CIRCLE ONE)
1 - ARRESTED/BOOKED   2 - ARRESTED/RELEASED   3 - ARRESTED/CITED/RELEASED   4 - NOT ARRESTED   (5) - COMPLAINT APP

RIGHTS WARNING: DATE  TIME

MISC INFORMATION:

**SUSPECT 2**

LAST:  FIRST:  MIDDLE:  GEN:  AKA:

SUSPECT 2 ADDRESS:

RESIDENCE PHONE:  OTHER PHONE:  OCCUPATION:

| RACE | SEX | DOB | HT | WT | HAIR | EYES | DL NUMBER | STATE | CLASS | HAZARD Y/N |

DISPOSITION: (CIRCLE ONE)
1 - ARRESTED/BOOKED   2 - ARRESTED/RELEASED   3 - ARRESTED/CITED/RELEASED   4 - NOT ARRESTED   5 - COMPLAINT APP

RIGHTS WARNING: DATE  TIME

MISC INFORMATION:



SUSPECT #1 (CIRCLE ONE)
TT-TATOO  MO-MOLE  TH-TEETH  SC-SCAR  GL-GLASSES  OT-OTHER

SUSPECT #2 (CIRCLE ONE)
TT-TATOO  MO-MOLE  TH-TEETH  SC-SCAR  GL-GLASSES  OT-OTHER

| REPORTING OFFICER SIGNATURE | ID# | DATE OF REPORT | SUPERVISOR'S APPROVAL - SIGNATURE | DATE |
|---|---|---|---|---|
|  | 57 | 9-7-02 |  |  |

☐ INFORMATION ONLY  ☐ JUVENILE
☐ PATROL FOLLOW UP  ☐ SUBMIT FOR JUDICIAL ACTION

DATA ENTRY CLERK NAME  DATE ENTERED INTO SYSTEM

AVAILABLE INVOLVEMENT CODES: P-SUSPICIOUS H-DAMAGED A-ABANDONED H-IMPOUNDED U-INVOLVED IN INCIDENT O-SUSPECT

**VEHICLES**

| CODE | LICENSE NUMBER | LIC STATE | TYPE | LICENSE (MO/YR) | MAKE | MODEL | STYLE | YEAR | PRIMARY COLOR | SECOND CO |
|------|----------------|-----------|------|-----------------|------|-------|-------|------|---------------|-----------|
| U | | | | | | TA-HOE | | | Green | Silver |

VEHICLE TYPES — A-PASSENGER AUTO    B-VAN OR PICKUP TRUCK    C-TRUCK    D-MOTORCYCLE    E-OTHER

**PROPERTY**

PROPERTY TYPE CODES: M-MISCELLANEOUS B-BICYCLES D-DRUGS C-CHECKS
TYPE CODES  DESCRIPTION (COMMON NAME)  INV CD ITEM  MANUFACTURER  MODEL NUMBER  SERIAL NUMBER  VALUE  QUANTITY

PROPERTY INVOLVEMENT CODES: C-CONFISCATED D-DAMAGED E-EVIDENCE F-FOUND K-SAFEKEEPING L-LOST R-RECOVERED S-STOLEN X-OTHE

**NARRATIVE**

(R) STATED  V1, V2, V3, REPORTED THE FOLLOWING.
2. AT APRIL 0910  V1, V2, V3  WERE RIDING THEIR
3. BICYCLES IN THE NEIGHBORHOOD. THEY WERE
4. AT THE END OF THE DEVELOPMENT AND (S)
5. DROVE TOWARDS THEM. (V3) GOT SCARED AND HAD TO
6. MOVE OUT OF THE WAY. (S) LEFT THE AREA
7. AND CAME BACK AND (V3) SAW HER DRIVE
8. INTO THE DRIVEWAY. (V3) SPOKE TO THIS OFFICER
9. AND CONFIRMED THE STORY. (V1) IS FAMILIAR
10. WITH (S)  SGT RELLOS  ON SCENE
11. A COMPLAINT WILL BE FILED
12.

VICTIM-REPORTING PARTY SIGNATURE X _Phyllis M Monagle_

CASE STATUS    O · OPEN    C · CLOSED    U · UNFOUNDED    (CIRCLE ONE)

# EXHIBIT H

Haverhill Police Supplement Report

Date: September 8, 2002

Re: Arrest of Pamela Hilchey

On September 7, 2002 Officer Melanson and Sgt. Pellot went to 49 Pear tree lane on an assault complaint. After speaking with the victims and their parents Melanson was advised by Sgt. Pellot to go to the police station and apply for a complaint to summons Pamela Hilchey to court. Melanson did the appropriate paperwork and applied for the summons.

A short while later, Sgt. Pellot had a conversation with Captain Ratte, the Patrol Commander and Lt. Dorr, the shift commander. Acting Chief Parolisi was also notified. After speaking with his superiors, Sgt. Pellot called Melanson back to the station and informed him that he wanted Melanson to get together with Detectives Dawkins and Dekeon and re-interview the victims at the police station and take statements from them. Sgt. Pellot advised Melanson to take the statements from the victims and leave them for the Officer in Charge, Lt. Leeman and he, Lt. Leeman would call the Clerk Magistrate to view the statements, and if necessary issue a complaint for the defendant.

The Clerk Magistrate issued a warrant for Pamela Hilchey's arrest. Sgt. Arahovites went to Pamela Hilchey's house and arrested her. She was brought to the station to Lt. Leeman who advised her of her rights and charges. She was booked, placed in a cell then bailed out.

Note: Det. Dekeon informed Lt. Leeman that there may possible be another victim that was involved with this case.

# EXHIBIT I

HAVERHILL POLICE DEPARTMENT

| Date/Time of Report | MO | Day | Yr | Time |
|---|---|---|---|---|

Case # 2008027

Activity # 2032036

NARRATIVE

From: Katelyn M. Monigle          9/7/2002

DoB: 2-18-93

Address: 49 Pear Tree Rd.

Tele: 978-581-0081

Statement Began 2:15 pm.

Kids today at around 9:11 in the morning I was with my friend Amanda, my brother Matt and my next door neighbor Kevin. We were all riding our bikes in front of my house. We were going in and out of driveways and rich in the street. We always look for cars when we are in the street. While we were in the street, my brother Matt yelled that Pam was coming in her car (or should I say truck). I turned and saw it was Pam Hickey. I know it was her because she lives near by and I know her truck is a little silver on the bottom and the rest is green. I also saw it was Pam driving and she was alone. Me and Amanda drove up on the sidewalk to get out of her way

| Reporting Officer | ID# | Reviewing Officer | Date |
|---|---|---|---|

Katelyn M. [illegible]                    PAGE ____ OF ____

HAVERHILL POLICE DEPARTMENT

| Date/Time of Report | Mo | Day | Yr | Time |
|---|---|---|---|---|
| | | | | |

Case # 2008027

Activity # 2072026

NARRATIVE:

KM1, TAY: Me and Amanda saw that my brother Matt who is only 5 and Kevin who is only 6 still in the street live ran into the street to get them out of the way of Pam's truck. Pam was driving fast and drove right at us. I got real scared. because we couldn't get out of the way in time. When Pam's truck passed us it was about (Katelin made gesture to this officer showing about eight inches). Pam's truck then went by us and drove up Russet Hill Rd. I don't know why she drove down our street because her house is before where we were Riding. I don't think Pam likes me because she has threatened me before saying she was going to put me in jail because in the first grade I got in a fight with Pam's daughter Lindsey Hitchen who was also my age. After Pam's truck passed us me and Amanda ran into my house and told my mom what Pam just did.

| Reporting Officer | ID# | Reviewing Officer | Date |
|---|---|---|---|
| | | | |

-Katelin Monigle- PAGE ____ OF ____

### HAVERHILL POLICE DEPARTMENT

| Date/Time of Report | Mo | Day | Yr. | Time |
|---|---|---|---|---|

Case # 7008027

Activity # 2077026

NARRATIVE

KH My Mom then called the Police. Before the policeman came to my house we saw Pam drive into her driveway. It was about five minutes after she passed us. The policeman came to my house and spoke with us. The truck Pam was driving was going real fast when it passed us. I don't know how fast it was going but it was going faster than cars usually go on my street.

Det DeKeon read back this statement to me with my Mom with me. This is what happened like my

+Katelyn Monigle

Statement ended 2:45 pm

Det. Sgt. DeKeon _____ _____ Monigle

Mother

| Reporting Officer | ID# | Reviewing Officer | Date |
|---|---|---|---|

PAGE _____ OF ____



# EXHIBIT J

Haverhill Police Station

Date: Sept. 7, 2002

Time. 1440

Statement by Matthew Monigle 7/11/02

To: Officer Gary Melanson

Today around 910 AM I was riding my bicycle with my sister Katelyn and Amanda Basterash. We were in front of my house on the bicycles. We saw Pam drive by her house and then drive towards us. Katelyn and Amanda were very scared because of Pam driving close towards them. Pam left and we saw her turn into her driveway a little later. We went in the house and told our parents later.

Statement Ended 1435PM

# EXHIBIT K

From: Kevin T. Regan
Address: 45 Res-Trail Rd        HAVERHILL POLICE DEPARTMENT
Dob: 5-21-96

| | Date/Time of Report | Mo. | Day | Yr. | Time | | Case # |
|---|---|---|---|---|---|---|---|
| | | 9 | 10 | 02 | 1435 | | Activity # |

NARRATIVE:            Voluntary Statement

KR  On Saturday (Sept 7, 2002) I was riding my
bike with my friends, Matt Monigle, Katie Monigle
and Amanda, I don't know her last name.
We were riding our bikes in front of
Katie's house in the street. Matt told
me Pam was driving on the street. I
looked and saw her in her green truck. I
saw she had her blinker on. I think she
saw us because she shut her blinker off
and drove at us. She was going fast
to come towards me. She got close to
us and almost hit me. (Kevin showed this
officer a hand gesture representing approx 8 inches)
After she went by me she drove up Russett
Hill. I was real scared she was going to
hit all four of us. Katie then went in her
house and ~~s~~ ~~coded~~ told her mother  KR
Out By Duff   KEVIN REGAN
Robert W Regan
Alicia A Regan

| Reporting Officer | D# | Reviewing Officer | Date |
|---|---|---|---|
| | | | |

PAGE _____ Of _____

# EXHIBIT L

| Hate/Bias Crime | Y | N | X |
|---|---|---|---|
| Domestic Violence | Y | N | X |

**HAVERHILL POLICE DEPARTMENT INCIDENT REPORT**

CASE # 1010599

ACTIVITY # 1031945

| Date & Time of Report | mo. 10 | day 5 | yr. 01 | time 1345 |
|---|---|---|---|---|

INCIDENT: Threats

LOCATION: 45 Pear Tree Rd.

TYPE OF PREMISE: single-family

**TIME OF OCCURENCE**

| FROM | | | | TO | | | | CLASS CODE | PRIOR VICTIMIZATION | |
|---|---|---|---|---|---|---|---|---|---|---|
| MO. 10 | DAY 5 | YR. 01 | TIME 1100 | MO. 10 | DAY 5 | YR. 01 | TIME 1300 | 146B | YES    NO | DATE: |

**INVL CODE:**

| CODE | NAME | M - Missing, O - Owner, R - Reporting SEX / ADDRESS | V - Victim RACE / DOB | W - Witness PHONE | Y - Other | SS# |
|---|---|---|---|---|---|---|
| 1 | Regan, Alicia | F    45 Pear Tree Rd Haverhill MA | V | | | |
| 2 | Sternlieb, Jennifer | F | W | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

**SUSPECT 1:**

LAST:          FIRST:          MIDDLE:          GEN:

SUSPECT 1 ADDRESS:

RESIDENCE PHONE:          OTHER PHONE:          OCCUPATION:

AGE:    SEX:    DOB:    HT:    WT:    HAIR:    EYES:    SL NUMBER:          STATE:  CLASS:  HAZARD: Y N

ARREST STATUS (CIRCLE ONE)
ARRESTED/BOOKED    2 - ARRESTED/RELEASED    3 - ARRESTED/CITED/RELEASED    4 - NOT ARRESTED    5 - COMPLAINT APP.
SOURCE OF INFORMATION:          RIGHTS WARNED: DATE    TIME

**SUSPECT 2:**

LAST:          FIRST:          MIDDLE:          GEN:          AKA:

RESIDENCE PHONE:          OTHER PHONE:          OCCUPATION:

AGE:    SEX:    DOB:    HT:    WT:    HAIR:    EYES:    SL NUMBER:          STATE:  CLASS:  HAZARD: Y N

ARREST STATUS (CIRCLE ONE)
ARRESTED/BOOKED    2 - ARRESTED/RELEASED    3 - ARRESTED/CITED/RELEASED    4 - NOT ARRESTED    5 - COMPLAINT APP.
SOURCE OF INFORMATION:          RIGHTS WARNED: DATE    TIME

| HAIR LENGTH CODES 2 SUSPECT | HAIR STYLE CODES | FACIAL HAIR CODES 1 2 SUSPECT | COMPLEXION CODES | APPEARANCE CODES | DEMEANOR CODES 1 2 SUSPECT | SPEECH CODES 1 2 SUSPECT | WEAPON 1 2 SUSPECT |
|---|---|---|---|---|---|---|---|
| | 1 2 Suspect | | | | | | |

**SUSPECT #1 (CIRCLE ONE)**
TATTOO  MO-MOLE  TH-TEETH  SC-SCAR  GL-GLASSES  OT-OTHER

**SUSPECT #2 (CIRCLE ONE)**
TT-TATTOO  MO-MOLE  TH-TEETH  SC-SCAR  GL-GLASSES  OT-OTHER

REPORTING OFFICER SIGNATURE          ID# 25    DATE OF REPORT 10/5/01

SUPERVISOR'S APPROVAL - SIGNATURE          DATE

INFORMATION ONLY    ☐ JUVENILE
PATROL FOLLOW UP    ☐ SUBMIT FOR JUDICIAL ACTION
DETECTIVES          ☐ OTHER

DATA ENTRY CLERK NAME          DATE ENTERED INTO SYSTEM

**AVAILABLE INVOLVEMENT CODES— P-SUSPICIOUS   H-DAMAGED   A-ABANDONED   I-IMPOUNDED   U-INVOLVED IN INCIDENT   Q-SUSPECT**

## VEHICLES

| CODE | LICENSE NUMBER | LIC. STATE | TYPE* | LICENSE (MO/YR) | MAKE | MODEL | STYLE | YEAR | PRIMARY COLOR | SECOND COLOR |
|------|----------------|-----------|-------|-----------------|------|-------|-------|------|---------------|--------------|
| U | | | | | Dodge | Stratus | | | Silver | |

**\*VEHICLE TYPES—A-PASSENGER AUTO    B-VAN OR PICKUP TRUCK    C-TRUCK    D-MOTORCYCLE    E-OTHER**

## PROPERTY

**PROPERTY TYPE CODES — M-MISCELLANEOUS  B-BICYCLES  D-DRUGS  C-CHECKS**

| TYPE CODES | DESCRIPTION (COMMON NAME) | INV CD | ITEM | MANUFACTURER | MODEL NUMBER | SERIAL NUMBER | VALUE | QUANTITY |
|------------|---------------------------|--------|------|--------------|--------------|---------------|-------|----------|
| | | | | | | | | |

**\*PROPERTY INVOLVEMENT CODES:  C-CONFISCATED  D-DAMAGED  E-EVIDENCE  F-FOUND  K-SAFEKEEPING  L-LOST  R-RECOVERED  S-STOLEN  X-OTHER**

## MO/SOLVABILITY

**EVIDENCE OBTAINED CODES:** 1☐Prints  2☐Weapon/Tools  3☐Vehicle  4☐Photos  5☐Hair  6☐Stains  7☐Blood/Semen/Body Fluids  8☐None  9☐Other

| | |
|---|---|
| Was a suspect arrested? | Was there a witness to the crime? |
| Can a suspect be named? | Is there a significant M.O. present? |
| Can a suspect be located? | Is stolen property traceable? |
| Can a suspect be described? | Is there significant physical evidence? |

| |
|---|
| Are all elements of crime present? |
| Was major injury or rape involved? |
| Can suspect be identified? |
| Can suspect vehicle be identified? |

Is there significant reason to believe the crime may be solved?

## NARRATIVE

1. The (R) reported that the (S) made threats
2. towards children that are in the streets.
3. The (R) was outside her house across the
4. street with her daughter. The (R) noticed the
5. (S)'s garage door open and saw her pull out
6. driving her vehicle. The (S) speed over to her
7. and the (R) said "are you going to hit my
8. daughter" The (S) replied "I will hit any child
9. that's on the street". The (S) then said "get
10. your daughter on the sidewalk"
11. The (R) stated that the (S) was revving
12. her engine while she was next to her.

VICTIM-REPORTING PARTY SIGNATURE X _Alicia R. Regan_                    (cont.)

| CASE STATUS | O - OPEN | C - CLOSED | U - UNFOUNDED | (CIRCLE ONE) |
|-------------|----------|-----------|---------------|--------------|

# HAVERHILL POLICE DEPARTMENT

| Date/Time of Report | Mo. | Day | Yr. | Time |
|---|---|---|---|---|
| | 10 | 5 | 01 | 1345 |

Case # 1010549

Activity # 1031945

cont.
~~NARRATIVE:~~ The neighbor (W) yelled to the (S) to slow down as she was driving away. The (S) stopped her vehicle and backed up. The (S) yelled out "the fucking speed limit is 30". The (S) drove down the street, turned around, and drove back into her garage and shut the door.

| Reporting Officer | ID# | Reviewing Officer | Date |
|---|---|---|---|
| W. Morin | 25 | | 10/5/01 |

PAGE __2__ OF __2__

# EXHIBIT M

September 23, 2001

Dear Chief Brighi,

We need your help. We live on Pear Tree Road and are very concerned about the safety of our children, as well as ourselves.

We know that policemen have been called to our neighborhood on a regular basis. The reason for the call always involves Mrs. Hilchey. Yesterday, an incident came up again. Unfortunately our children are getting the idea that if you are the wife of a policeman you have the right to threaten neighbors with a gun, shout profanities throughout the day and night to innocent people walking by, throw glass into the street and speed to endanger every child in our neighborhood.

We do not want this message being sent to our children. We have addressed these situations to many police officers throughout the years. We are now being told that we must address them to you directly. We would especially like to stress our extreme concern over the "gun incident". If there is a gun in that house it must be removed immediately. This woman has demonstrated over and over again that she is unstable, violent and very willing to make enemies.

We have a wonderful neighborhood filled with dozens of innocent children. We can't begin to tell you how many children and adults she has almost hit or sideswiped with her car. She is the only one who seems to have a problem with EVERYONE. Her husband is of no help, since he defends her actions when we approach him. This is a terrible impression to make on children. We are trying to teach them that policemen are always our friends.

Please meet with us at your earliest convenience. After 6:00pm is best for those of us who work.

We will get in touch with you in the next few days.

Thank you.
Families of Pear Tree Village:

John & Marcy McHale          37 Pear Tree Rd

Philip M. Monigle          49 Pear Tree Rd

Bruce Dyer          9 Russett Hill RD

Robert J Dick     5 Cortland Rd

Mary + David DiCeglie     5 Russett Hill Rd.

_[signature]_ 34 Russett Hill Rd.

Peter + Beth Kitsos     6 Cortland Rd

Rick + Donna Judge     62 Russett Hill Rd

Vinnie + Cheryl Gallucci     50 Russett Hill Rd

Alan + Rachel Viens     37 Russett Hill Rd.

Mark + Barb Bradley     14 "     "     "

Chris and Maria Duncan     21 Pear Tree Road
_[signature]_     "          "

Nancy D Henderson     22 Pear Tree Rd.

Nancy + Dan Scarelli     26 Pear Tree Rd.

Mansour Khani     33 Pear Tree Rd.

Alicia + Rob Regan     45 Pear Tree Rd.

Leanne Stevens     45 Russett Hill Rd.

David Sturnlich     46 Pear Tree Rd

Jennifer _[struck]_     41 Pear Tree Rd "

Deborah D. Moran     30 Pear Tree Rd.

Bibiana + Joan Lopez

PEAR TREE LANE

1. Robert Dick
2. Marcy McHale — 9785216171 after 3
3. Juan Lopez
4. Nancy Henderson
5. Arthur Devlin
6. John McHale — X
7. Daniel P. Savelli
8. Maura Dunigan
9. Mary DiCeglie
10. Leanne Stevens
11. Deborah Moran
12. Phyllia M Monigle
13. Alicia K Regan
14. Jennifer Sternlieos
15. [signature]
16. Cheryl Gallucci
17. GLEN MONIGLE
18. Vincent Gallucci
19. Donna Judge

# EXHIBIT N

A.B. Statement given by Amanda Bastarache 1-1-93 of 1 Middle Rd Haverhill, Ma. with parents Amy and Jim Bastarche present to Det Lance Dawkins & Officer Gary Melanson on 9-7-02 at 2:35 PM at the Haverhill Police station. A.B.

A.B. Around 9:00 this morning I was playing with Katelyn and Matthew Monigle at their house. I slept over. We were all riding on our bicycles. (A.B. we figured playing at the cul-de-sac would be a safe area, there is not a lot of traffic there at all) We were near the sidewalk. I saw Pam Hilchey coming down the street in her green truck. She was alone. Pam lives across the street from Katelyn and Matthew. She was going fast. She was going over the speed limit. We were all on the side of the road. We were going as fast as we could onto the sidewalk because Pam was going fast towards us. As she got close to us she veered over towards us. I saw her face. She had kind of a mad look. She kept coming towards us. She drove near us. She had to turn the wheel towards us. I thought she was going to hit us. It scared us, then she turned back and then she went all the way down and went up Russett Hill and didn't come back until five minutes after. And then when she came back she went into her driveway. She went into her garage and then closed the door. We were in front of Katelyn's house the whole time. Me and Katelyn told her mom what happened and she called the police. (A.B. she used to play at that house, with Lindsey Hilchey. We used to go on field trips with the school, Lindsey's father used to go, that's how we met his wife) A.B.

A.B. I'm not happy at all. Now she drives at them with a car. Something better be done. I want something done, I'm willing to press charges. A.B.

Amanda Bastarache        Amy Bastarache

Det. Lance Dawkins       Off. Gary Melanson

# EXHIBIT O

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

PAMELA HILCHEY
        Plaintiff,

V.

CITY OF HAVERHILL, JOHN J. GUERIN,
STEPHEN BRIGHI, KIM J. PAROLISI,
LANCE A. DAWKINS, ALAN RATTE,
GARY J. MELANSON, JOHN ARAHOVITES,
VICTOR M. PELLOT, GEORGE DEKEON, JR.,
and WILLIAM LEEMAN,
        Defendants.

## AFFIDAVIT OF LIEUTENANT KEVIN DORR

I, Kevin Dorr, being duly sworn, depose and say:

1. I am a police lieutenant for the Haverhill Police Department.

2. On September 7, 2002, I was the shift supervisor for the Haverhill Police Department.

3. I was advised that three children made criminal allegations against Pamela Hilchey.

4. Officer Melanson provided me with a copy of the incident report and an Application for Complaint (please see Exhibit A). I reviewed each of these documents and based on the seriousness of the allegations, I contacted the clerk's office after reviewing this information.

5. I then had the three witness statements (Exhibits I, J and N) and the Application for Complaint sent to the clerk's office at the Haverhill District Court. At that time, the clerk issued a warrant for the arrest of Pamela Hilchey for three counts of assault by mans of a dangerous weapon, to wit, a motor vehicle.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ DAY OF

JULY, 2007.

_____
Kevin Dorr