UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. No. 005 CV 10152 NMG

PAMELA J. HILCHEY,           )
                             )
            Plaintiff,       )
                             )
v.                           )
                             )
CITY OF HAVERHILL, *et al.*, )
                             )
            Defendants.      )

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff, Pamela J. Hilchey, by her attorney, Eric P. Finamore, hereby moves this Honorable Court for an order pursuant to: (i) Rule 37 of the Federal Rules of Civil Procedure, compelling the City of Haverhill to produce the documents she has requested pursuant to Rule 34 of the Federal Rules of Civil Procedure; (ii) to answer the interrogatories she has propounded pursuant to Rule 33 of the Federal Rules of Civil Procedure; (iii) to present for deposition the designee of the City of Haverhill pursuant to Rule 30(b)(6) and the Notices of Deposition previously served regarding such designee; and (iv) Rule 56(f) of the Federal Rules of Civil Procedure; *see Kiman v. New Hampshire Dept. of Corrections*, 451 F.3d 274, 282 n. 7 (1st Cir. 2006).

This motion is also brought pursuant to the provisions of Rule 56(f) of the Federal Rules of Civil Procedure, in connection with the defendant's presently-pending motion for summary judgment. The plaintiff requires the requested discovery in order to oppose that motion.

As set forth in the accompanying memorandum of law, the City of Haverhill has failed to honor its obligations under the applicable rules of civil procedure, by failing to produce documents or to answer interrogatories in accordance with the governing rules. Moreover, such failure has persisted in spite of efforts to allow for compliance by the defendants or to narrow or resolve the present issues, as also set forth in the papers in support of the present motion.

**WHEREFORE**, the Plaintiff, Pamela J. Hilchey, respectfully requests this Honorable Court to issue an order to the defendants (i) to provide the discovery herein requested; (ii) to award her reasonable attorneys' fees in connection with the present motion; and (iii) for such other and further relief as to the Court seems just.

Respectfully submitted,

PAMELA J. HILCHEY,
Plaintiff,

By her attorney,

*/s/ Eric P. Finamore*
Eric P. Finamore, BBO # 541872
Weston Patrick, P.A.
84 State Street, Suite 1100
Boston, MA 02109
(617) 742-9310

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 13, 2007.

*/s/ Eric P. Finamore*