UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

**PAMELA HILCHEY**
    **Plaintiff,**

**V.**

**CITY OF HAVERHILL, JOHN J. GUERIN,
STEPHEN BRIGHI, KIM J. PAROLISI,
LANCE A. DAWKINS, ALAN RATTE,
GARY J. MELANSON, JOHN ARAHOVITES,
VICTOR M. PELLOT, GEORGE DEKEON, JR.,
and WILLIAM LEEMAN,**
    **Defendants.**

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

The defendants in the captioned action request that this court deny the plaintiff's Motion to Compel and protect the defendants from having to produce the documents requested until it rules on the Defendants' Motion to Bifurcate Trial and Discovery and/or the Defendants Motion for Summary Judgment. The defendants rely on the attached Memorandum of Law in support of their Opposition to the Plaintiff's Motion to Compel.

        Defendants, City of Haverhill, John J. Guerin, Stephen Brighi, Kim J. Parolisi, Lance A. Dawkins, Alan Ratte, Gary J. Melanson, John Arahovites, Victor M. Pellot, George Dekeon, Jr., and William Leeman
by their attorney,

/s/ *Regina M. Ryan*

_____
Douglas I. Louison   BBO# 545191
Regina M. Ryan BBO# 565246
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## **CERTIFICATE OF SERVICE**

    I, Regina M. Ryan., hereby certify that on the 21st day of August, 2007, I served the foregoing electronically directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

/s/ *Regina M. Ryan*
_____
Regina M. Ryan