**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**CA NO. 05-10152NMG**

**PAMELA HILCHEY**
　　**Plaintiff,**

**V.**

**CITY OF HAVERHILL, JOHN J. GUERIN,**
**STEPHEN BRIGHI, KIM J. PAROLISI,**
**LANCE A. DAWKINS, ALAN RATTE,**
**GARY J. MELANSON, JOHN ARAHOVITES,**
**VICTOR M. PELLOT, GEORGE DEKEON, JR.,**
**and WILLIAM LEEMAN,**
　　**Defendants.**

**DEFENDANTS MOTION TO PRECLUDE**
**THE PLAINTIFF FROM CALLING EXPERT WITNESS**
**DR. JAMES A. WILLIAMS**

　　The defendants in the captioned action request that this Court preclude the plaintiff from calling Dr. James A. Williams as an expert in this matter.  As grounds therefore, the defendants state that this matter is scheduled to go to trial on October 1, 2007.  On August 22, 2007, plaintiff's counsel forwarded them an expert report from Dr. James A. Williams, Ph.D. dated August 8, 2007.  In the report, Dr. Williams opines about the arrest of Pamela Hilchey on September 2, 2002.

　　Pursuant to the Court's Scheduling Order, all expert witnesses were to be designated on or before March 31, 2007.  Plaintiff's counsel failed to timely disclose the identity of Dr. Williams as an expert.  The plaintiff failed to comply with the Court's order mandating disclosure of expert witnesses timely and failed to comply with L.R. 26.4 and Fed.R.Civ.P. 26(a)(2);

　　It would be prejudicial to the defendants to have the plaintiff be permitted to call Dr.

Williams as an expert based on the late disclosure and the pending trial date. .

For the above stated reasons, the defendants request that this Court preclude the plaintiff from calling Dr. James A. Williams, Ph.D. as a witness in this matter.

Defendants, City of Haverhill, John J. Guerin, Stephen Brighi, Kim J. Parolisi, Lance A. Dawkins, Alan Ratte, Gary J. Melanson, John Arahovites, Victor M. Pellot, George Dekeon, Jr., and William Leeman
by their attorney,


/s/ Regina M. Ryan
Douglas I. Louison   BBO# 545191
Regina Gilgun Ryan BBO# 565246
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305


## CERTIFICATE OF SERVICE

I, Regina M. Ryan., hereby certify that on the 29th day of August, 2007, I served the foregoing electronic filing and by causing a copy to be mailed, postage prepaid, directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

/s/ Regina M. Ryan
Regina M. Ryan