UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAMELA J. HILCHEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF HAVERHILL, *et al.*, )<br>)<br>Defendants. )<br>) | Civ. No. 005 CV 10152 NMG |

## PLAINTIFF'S MOTION FOR AN ORDER OF REFERENCE TO ALTERNATIVE DISPUTE RESOLUTION

Plaintiff Pamela J. Hilchey, by her attorney, hereby moves this Honorable Court to refer this action to Magistrate Judge Sorokin for alternative dispute resolution.

The Court, at the Scheduling Conference on July 26, 2006, ordered such a reference of the case, but to date no reference has been made.

The plaintiff believes that the reference would be of significant assistance in potential resolution of the case.

WHEREFORE, the plaintiff moves the Court for an Order referring the case to Magistrate Judge Sorokin for ADR proceedings.

Respectfully submitted,
PAMELA J. HILCHEY,
Plaintiff, by her attorney,

*/s/ Eric P. Finamore*
Eric P. Finamore, BBO # 541872
Weston Patrick, P.A.
84 State Street, Suite 1100
Boston, MA 02109
(617) 742-9310

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 31, 2007.

/s/ *Eric P. Finamore*