UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. No. 005 CV 10152 NMG

| | |
|---|---|
| PAMELA J. HILCHEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF HAVERHILL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)**

I hereby certify, in accordance with Local Rule 7.1(A)(2) of the District Court, that I have conferred with counsel for the defendants in a good faith in an attempt to narrow or resolve the issues presented by the Plaintiff's Motion to Continue the Final Pretrial Conference, but the parties have been unable to resolve all outstanding issues.

By plaintiff's attorney,

*/s/ Eric P. Finamore*
Eric P. Finamore, MA BBO No. 541872
Weston Patrick, P.A.
84 State Street
Boston, MA 02109
(617) 742 – 9310

CERTIFICATE OF SERVICE
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 6, 2007.

*/s/ Eric P. Finamore*