UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pamela Hilchey
_____
Plaintiff(s)

V.

City of Haverhill, et al
_____
Defendant(s)

CIVIL ACTION

NO. 05-10152-NMG

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Gorton

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☐ On _____ I held the following ADR proceeding:

☐ SCREENING CONFERENCE    ☐ EARLY NEUTRAL EVALUATION
☐ MEDIATION                ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL               ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were ☐ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☐ Settled. Your clerk should enter a _____ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☑ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

01/03/08
_____
DATE

Honorable Morris E. Lasker
_____
ADR Provider

(ADRReportforpdf.wpd - 4/12/2000)