UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAMELA J. HILCHEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF HAVERHILL, *et al.*, ) <br> ) <br> Defendants. ) | Civ. No. 005 CV 10152 NMG |

**PLAINTIFF'S PRETRIAL DISCLOSURES
PURSUANT TO RULE 26(a)(3)**

Plaintiff, Pamela J. Hilchey, by her attorney, Eric P. Finamore, hereby provides her pretrial disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and Local Rule 16.5(c).

**Witnesses**

Plaintiff intends to call the following witnesses at the trial:

1. Pamela J. Hilchey (plaintiff)
2. Lindsey Hilchey
3. Victor M. Pellott
4. Kim J. Parolisi
5. Lance A. Dawkins
6. Alan Ratte
7. Gary Melanson
8. George Dekeon, Jr.
9. William Leeman

10. James A. Williams, Ph.D. (liability expert).

Plaintiff intends to call, if the need arises, the following witnesses:

11. Stephen Brighi

12. John Arahovites

13. John J. Guerin.

14. Phyllis Monigle

15. Glen Monigle

16. Kaitlyn Monigle

17. Matthew Monigle

18. Robert Regan

19. Alicia Regan

20. Kevin Regan

21. Amanda Bastarache

22. Ronald Hilchey

Defendants have already been provided with the addresses and the telephone numbers of the foregoing witnesses.

Plaintiff intends to rely upon deposition transcripts for the foregoing witnesses in the event that they are unavailable for trial, as defined by Fed. R. Civ. P. 32.

**Exhibits**

Plaintiff expects to offer the following documents and things as trial exhibits:

1. The Haverhill Police Department Incident Reports that were marked as Exhibit 4 to the deposition of Gary I. Melanson on March 28, 2007, itemized as follows by date:

2

   i. September 10, 1995;

   ii. September 19, 1999;

   iii. December 13, 1999;

   iv. June 19, 2000;

   v. June 20, 2000;

   vi. August 2, 2000;

   vii. October 5, 2001;

   viii. October 30, 2001;

   ix. August 8, 2002; and

   x. September 2, 2002.

2. Print-outs showing incidents and/or calls to Haverhill Police Department from Pear Tree Road.

3. Haverhill Police Department Incident Report dated September 7, 2002.

4. Haverhill Police Department Narrative Report by Gary Melanson, dated September 7, 2002.

5. Haverhill Police Department Narrative taken from Katelyn M. Monigle, dated September 7, 2002.

6. Sound recordings and/or transcripts of three telephone calls recorded by the Haverhill Police Department on September 7, 2002.

7. Letter to Haverhill Police Chief Brighi from Pear Tree Road residents, dated September 23, 2001.

8. Haverhill Police Department Narrative taken from Amanda Bastarache, dated September 7, 2002.

9. Haverhill Police Department Narrative taken from Matthew Monigle, dated September 7, 2002.

10. Haverhill Police Department Narrative taken from Kevin Regan, dated September 11, 2002.

11. Arrest warrant for Pamela Hilchey charging assault with a dangerous Weapon, G.L. c. 265, § 15B(b).

12. Haverhill Police Department Manual dated March, 1976.

13. Haverhill Police Department Policies and Procedures.

14. Haverhill Police Department Code of Ethics.

15. Supplemental Report by Gary I. Melanson (Melanson Ex. 6), dated September 8, 2002.

16. Supplement Report by Det. George Dekeon, Jr.

17. Application for Complaint dated September 7, 2002.

18. Application for Complaint dated September 19, 2002.

19. Melanson Deposition Exhibit 1: printout of map of Route 51 of the Merrimack Valley Regional Transit Authority.

20. Melanson Deposition Exhibit 2: printout of Mapquest map of the Pear Tree Road area, with initialed markings.

21. Melanson Deposition Exhibit 3 (same as Regan Deposition, Exhibit 1): printout of satellite image of Pear Tree Road area, with manuscript markings.

22. Letter dated September 4, 2002 from P. Hilchey to Mayor John J. Guerin, Jr.

23. Complaint, Haverhill District Court, *Commonwealth v. Hilchey*, No. 0238CR01669, September 7, 2002.

24. Haverhill Police Department Booking Sheet, September 7, 2002.

25. Complaint, Haverhill District Court, *Commonwealth v. Hilchey*, No. 0238CR01669, September 19, 2002.

26. Tape recording and/or transcript of trial, *Commonwealth v. Hilchey*, Lawrence District Court, No. 0238CR01669.

27. Certified copies of the records of Lawrence District Court, *Commonwealth v. Hilchey*, No. 0238CR01669.

28. Billing records, law office of Scott Gleason.

29. Curriculum vitae of James A. Williams, Ph.D.

30. Photographs of Pear Tree Road and Cortland Road, Haverhill, Massachusetts.

Plaintiff respectfully reserves the right to supplement the foregoing lists of witnesses and exhibits prior to trial, on the basis of evidence identified by the defendants, or as otherwise permitted by this Court.

In addition, plaintiff notes that discovery motions are outstanding and that this Court may order production of additional documents, witnesses and evidence as a result of such motions, and therefore the plaintiff reserves the right to supplement the foregoing lists to the extent that additional evidence is discovered hereafter.

By plaintiff's attorney,
*/s/ Eric P. Finamore*
Eric P. Finamore, BBO No. 541872
Weston Patrick, P.A.
84 State Street, Suite 1100
Boston, MA 02109
(617) 742 – 9310

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 12, 2008.

*/s/ Eric P. Finamore*