UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

PAMELA HILCHEY
    Plaintiff,

V.

CITY OF HAVERHILL, JOHN J. GUERIN,
STEPHEN BRIGHI, KIM J. PAROLISI,
LANCE A. DAWKINS, ALAN RATTE,
GARY J. MELANSON, JOHN ARAHOVITES,
VICTOR M. PELLOT, GEORGE DEKEON, JR.,
and WILLIAM LEEMAN,
    Defendants.

### DEFENDANTS' DISCLOSURES PURSUANT TO RULE 26(a)(3)

The defendants, City of Haverhill, et al., provide the following pre-trial disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and Local Rule 16.5(c).

**Witnesses**

The defendants intend to call the following witnesses at trial:

1. Pamela Hilchey
2. Lindsey Hilchey
3. Ronald Hilchey
4. Kim Parolisi
5. Lance A. Dawkins
6. Alan Ratte
7. Gary Melanson
8. George DeKeon, Jr.

9. William Leeman

10. Steven Brighi

11. John Arahovites

12. John J. Guerin

13. Phyllis Monigle

14. Glen Monigle

15. Kaitlin Monigle

16. Matthew Monigle

17. Robert Regan

18. Alicia Regan

19. Kevin Regan

20. Amanda Bastarache

21. Lt. Dorr

The plaintiff has been provided with the addresses and telephone numbers for the foregoing witnesses.

Defendant intends to rely upon deposition transcripts for the foregoing witnesses in the event they are unavailable for trial as defined Fed.R.Civ.P. 32.

**Exhibits**

The defendants expect to offer the following documents as trial exhibits.

1. Printouts showing incidents and/or calls to Haverhill Police Department from Peartree Road.

2. Haverhill Police Department incident report dated September 7, 2002.

3. Haverhill Police Department narrative report by Gary Melanson dated September

       7, 2002.

4.     Haverhill Police Department narrative taken from Kaitlin M. Monigle dated September 7, 2002.

5.     Haverhill Police Department narrative taken from Amanda Bastarach dated September 7, 2002.

6.     Haverhill Police Department narrative taken from Kevin Regan dated September 10, 2002.

7.     Sound recordings and/or transcripts of three telephone calls recorded by the Haverhill Police Department on September 7, 2002.

8.     Haverhill Police Department booking sheet for Pamela Hilchey dated September 7, 2002.

9.     Portions of a trial transcript from <u>Commonwealth v. Hilchey</u>, Lawrence District Court, 0238CR01669.

Defendant reserves the right to supplement this list at a time prior to trial.

        Defendants, City of Haverhill, John J. Guerin, Stephen Brighi, Kim J. Parolisi, Lance A. Dawkins, Alan Ratte, Gary J. Melanson, John Arahovites, Victor M. Pellot, George Dekeon, Jr., and William Leeman
by their attorney,

/s/ Regina M. Ryan
Douglas I. Louison   BBO# 545191
Regina Gilgun Ryan BBO# 565246
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan., hereby certify that on the 18th day of January, 2008, I served the foregoing electronic filing and by causing a copy to be mailed, postage prepaid, directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

/s/ Regina M. Ryan
Regina M. Ryan