UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

**PAMELA HILCHEY**
    Plaintiff,

V.

**CITY OF HAVERHILL, JOHN J. GUERIN,
STEPHEN BRIGHI, KIM J. PAROLISI,
LANCE A. DAWKINS, ALAN RATTE,
GARY J. MELANSON, JOHN ARAHOVITES,
VICTOR M. PELLOT, GEORGE DEKEON, JR.,
and WILLIAM LEEMAN,**
    Defendants.

### DEFENDANTS, CITY OF HAVERHILL, ET AL. REQUEST FOR JURY VOIR DIRE

1. Is there anyone on the jury who would be influenced by the fact that the defendants are police officers?

2. Is there anyone on the jury who feels he/she cannot sit as an impartial juror because the case involves the actions of police officers?

3. Does anyone on the jury believe that they or members of their family or their friends or acquaintances have been unreasonably treated by police officers?

4. Has anyone on the jury or members of their family or their friends or acquaintances been arrested before?

5. Is there any member of the jury panel who is or has been a police officer, or worked in a police department, or whose relative or friend is or has been a police officer or worked in a police department?

6. Is there any member of the jury panel, their family or their friends or acquaintances that

has brought a lawsuit against a police officer, a municipality, a municipal board or an agency?

7. Is there any member of the jury panel who resides in the City of Haverhill?

          Defendants, City of Haverhill, John J. Guerin, Stephen Brighi, Kim J. Parolisi, Lance A. Dawkins, Alan Ratte, Gary J. Melanson, John Arahovites, Victor M. Pellot, George Dekeon, Jr., and William Leeman
by their attorney,

/s/ *Regina M. Ryan*
_____
Douglas I. Louison   BBO# 545191
Regina M. Ryan BBO# 565246
LOUISON, COSTELLO
CONDON & PFAFF
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan., hereby certify that on the 25th day of January, 2008, I served the foregoing via electronic filing directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

/s/ *Regina M. Ryan*
_____
Regina M. Ryan