UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. No. 005 CV 10152 NMG

| | |
|---|---|
| PAMELA J. HILCHEY, | ) |
| Plaintiff, | ) |
| v. | ) |
| CITY OF HAVERHILL, *et al.*, | ) |
| Defendants. | ) |

PLAINTIFF'S MOTION IN LIMINE
TO LIMIT OR PRECLUDE DEFENDANTS FROM
OFFERING AFFIRMATIVE TRIAL EVIDENCE

Plaintiff, by her attorney, hereby moves the Court for an Order limiting or precluding the defendants from presenting any case in chief at the trial of this action or for relief in the alternative, as set forth below, and states as grounds therefor:

1. At approximately 4 p.m. on Thursday, January 24, 2008, six days before the scheduled final pretrial conference and eleven days before the scheduled commencement of the trial, the defendants served upon plaintiff documents pertaining to the history of complaints against the City of Haverhill based upon allegations of civil rights violations.

2. The documents included a list of 101 separate actions against the City of Haverhill, an unnumbered, redacted set of documents counsel estimates to be in excess of 100 pages in length, and a proffer to produce on January 25, January 28, or January 29 Deputy Chief Thompson of the Haverhill Police Department for a deposition pursuant to Rule 30(b)(6).

3.  The documents were responsive to discovery requests initially served in or about October, 2006 – a period of fifteen months prior to their production.

4.  Plaintiff moved to compel discovery on or about August 1, 2007.

5.  Plaintiff's brief in support of its motion to compel discovery – made nine months after the written discovery was served, three months after the notice of deposition pursuant to Rule 30(b)(6) was served, and after extensive efforts by plaintiff's counsel to obtain the discovery.

6.  In addition, the production made on January 24, 2008 is responsive to written discovery propounded upon each of the individual defendants in this action.

7.  Plaintiff's discovery requests – regarding the history of the City of Haverhill's response to reports to it by those alleging that their civil rights had been violated – are of central importance in the core issues of the present action, in which the Plaintiff alleges that her constitutionally-guaranteed civil rights were violated.

8.  Each of the defendants, therefore, have previously failed and refused to make the discovery that was made on January 24, 2008, and which was previously the subject of Plaintiff's motion to compel.

9.  Moreover, the paper discovery provided on January 24, 2008 is insufficient to determine the quality, effectiveness, and consistency of the responses by the City of Haverhill to allegations by United States citizens that their constitutionally-guaranteed civil rights had been violated.

10. Clearly, the defendants disgorged material in an effort to avoid the consequences of their obviously-deficient discovery responses to date, and to discourage

the Court from imposing the proper remedies, which include costs and sanctions under the Federal Rules.

11. The failure of a plaintiff to provide discovery is sufficient for the dismissal of the action. *Hinkle v. Gentry*, __ F.Supp.2d __, 2008 WL 96100, Civ. 06-10179-MAP (D.Mass. Jan. 9, 2008). In the present action, the defendants should be prohibited at trial from presenting a case-in-chief, and should be limited to cross-examination of plaintiff's witnesses.

12. In the alternative, the defendants should be prohibited from introducing any evidence at trial designed or intended to prove that any of the defendants did not violate plaintiff's constitutional rights.

13. Finally, plaintiff requests that she be afforded a full and fair opportunity to pursue the discovery that she has so long sought, both by co-operation with counsel for the defendants and by motion to compel, and that compensation be awarded to plaintiff for counsel fees incurred by the defendants' discovery violations.

Respectfully submitted,
Plaintiff, by her attorney,
*/s/ Eric P. Finamore*
Eric P. Finamore, BBO No. 541872
Weston Patrick, P.A.
84 State Street, Suite 1100
Boston, MA 02109
(617) 742 – 9310

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 26, 2008.

*/s/ Eric P. Finamore*