UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. No. 005 CV 10152 NMG

PAMELA J. HILCHEY, )
)
Plaintiff, )
)
v. )
)
CITY OF HAVERHILL, *et al.*, )
)
Defendants. )

## PLAINTIFF'S REQUEST FOR JURY VOIR DIRE

Now comes the plaintiff, Pamela J. Hilchey, by her attorney, and respectfully requests this Honorable Court to adopt the following questions for voir dire of potential members of the jury in the above-captioned action.

1. Have you ever trained for eventual employment with any law enforcement agency?

2. Have you ever been employed by a governmental body?

3. Have you ever been an elected official?

4. Have you ever held a civil service position?

5. Have you ever made any application to become a police officer?

6. Is any member of your family (including your parents, children, siblings, or first cousins) who have been police officers?

7. Have you ever had any post-secondary education for employment in any law-related occupation or profession?

8. Have you ever contacted the police for the assistance of a police officer?

9. Have you ever interacted with a police officer who had been called to investigate your behavior?

10. Do you have any fiscal concerns regarding which would prevent you from awarding a full measure of damages against public employees or a municipality?

11. Do you have any beliefs regarding the appropriateness of compensation from governmental bodies to private citizens who have suffered a deprivation of civil rights which would prevent your impartiality?

12. Have you ever worked in a law-related occupation or profession?

13. Have you ever been unfairly treated by a police officer or public official?

14. Have you ever, to your best knowledge, been subject to police investigation?

15. Do you have any beliefs or feelings about civil lawsuits which would prevent you from fully and fairly examining the evidence in this case and, if warranted, awarding compensatory and punitive damages?

By plaintiff's attorney,
/s/ Eric P. Finamore
Eric P. Finamore, BBO No. 541872
Weston Patrick, P.A.
84 State Street, Suite 1100
Boston, MA 02109
(617) 742 – 9310

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 30, 2008.

/s/ Eric P. Finamore