AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

HILCHEY

v.

CITY OF HAVERHILL, et al.

APPEARANCE

CASE NUMBER: 005 CV 10152 NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for THE PLAINTIFF, PAMELA J. HILCHEY

9-30, 2008
*Date*

*Signature*

DAVID MILLER
*Print Name*

25 ELM PLACE
*Address*

SOMERVILLE    MA    02143
*City           State        Zip Code*

(617) 623-5154
*Phone Number*