UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

**PAMELA HILCHEY**
    Plaintiff,

V.

**CITY OF HAVERHILL, JOHN J. GUERIN,
STEPHEN BRIGHI, KIM J. PAROLISI,
LANCE A. DAWKINS, ALAN RATTE,
GARY J. MELANSON, JOHN ARAHOVITES,
VICTOR M. PELLOT, GEORGE DEKEON, JR.,
and WILLIAM LEEMAN,**
    Defendants.

**DEFENDANT'S FEDERAL CIVIL
PROCEDURE 26(a)(2)
DISCLOSURE OF EXPERT TESTIMONY**

    Pursuant to Fed. R. Civ.P. 26(a)(2)(B) the defendant hereby identifies its expert witness Daniel C. Wicks, 29 Chelmsford Road, Bedford, Massachusetts 01730.  Captain Daniel Wicks will testify as to whether the police officers arrested the plaintiff with probable cause and whether  or not the City had adopted an official policy or custom (whether it was a specific vendetta against Mrs. Hilchey and her husband or a more general practice of condoning such vendettas) that was likely to produce a civil rights violation of the kind alleged by Mrs. Hilchey in that the City of Haverhill was, at least, deliberately indifferent to such likelihood.

    Daniel Wicks, a Captain with the  Massachusetts State Police has reviewed the following:

1.    City of Haverhill police reports relating to the arrest of Mrs. Pamela Hilchey.

    Specifically, the statement of Katelyn M. Monigle dated September 7, 2002, statement of Amanda Bastarache dated September 7, 2002, statement of Matthew Monigle dated

       September 7, 2002, the arrest warrant for Pamela Hilchey charging assault by motor vehicle dated September 7, 2002, Haverhill Police Department narrative/report summary and complaint application by Officer Gary Melanson dated September 7, 2002, Haverhill Police Department incident report dated September 7, 2002, supplemental report of Officer Melanson dated September 7, 2002, police report of Detective DeKeon regarding the arrest of Pamela Hilchey dated September 7, 2002, the 911 transcript of Phyllis Monigle calling the Haverhill Police Department;

2. The letter from Pamela J. Hilchey to Mayor Jay Guerin dated September 4, 2002.
3. The policies and procedures of the Haverhill Police Department;
4. The expert opinion of Dr. James A. Williams;
5. The civilian complaints made against the police officers within the Haverhill Police Department; and
6. Prior complaints within the neighborhood of Pear Tree Lane and identified at the deposition of Officer Melanson.

Cpt. Wicks will testify that the defendant City of Haverhill Police Department acted appropriately when it sought a criminal arrest warrant for Pamela Hilchey on September 7, 2002. Specifically, the officers had probable cause when they arrested Ms. Hilchey and charged her with assault with a dangerous weapon.

Cpt. Wicks will further opine that in addition, after reviewing the relevant documents, it is clear that the City did not adopt an official policy or custom that was likely to produce a civil rights violation of the kind alleged by Mrs. Hilchey in that the City of Haverhill was, at least, deliberately indifferent to such likelihood.

Cpt. Wicks holds these opinions to a reasonable degree of professional certainty. Trooper Wicks bases his reasons and opinions upon his police training, patrol and investigative experience, and police administrative and executive expertise.

                              Defendant, City of Haverhill,
                              by its attorney,

                              /s/ Regina M. Ryan
                              Douglas I. Louison   BBO# 545191
                              Regina Gilgun Ryan BBO# 565246
                              MERRICK, LOUISON & COSTELLO
                              67 Batterymarch Street
                              Boston, MA 02110
                              (617) 439-0305

**CERTIFICATE OF SERVICE**

I, Regina M. Ryan., hereby certify that on the 6th day of February, 2008, I served the foregoing document via electronic filing directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

                              /s/ Regina M. Ryan
                              Regina M. Ryan