UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

**PAMELA HILCHEY**
    Plaintiff,

V.

**CITY OF HAVERHILL, JOHN J. GUERIN,
STEPHEN BRIGHI, KIM J. PAROLISI,
LANCE A. DAWKINS, ALAN RATTE,
GARY J. MELANSON, JOHN ARAHOVITES,
VICTOR M. PELLOT, GEORGE DEKEON, JR.,
and WILLIAM LEEMAN,**
    Defendants.

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

The defendant in the captioned action requests that this Court deny the plaintiff's Motion to Strike. The defendant has fully complied with Rule 26 and provided the plaintiff with all expert disclosures as outlined in her Motion to Strike. As grounds therefore, the defendant states that pursuant to Judge Gorton's Order, it was required to identify expert witnesses by February 6, 2008 (see Docket No. 76). The defendants properly identified Captain Daniel Wicks of the State Police with his *curriculum vitae* and a summary of his expert opinion. The defendant produced all of this within the seven days permitted by Judge Gorton.

Subsequently, the defendant produced expert witness Captain Wicks' formal opinion on February 17, 2008. Accordingly, the defendant has properly complied with Rule 26 and the plaintiff's motion is moot. For the above stated reasons, the defendant requests that this Court deny the plaintiff's Motion to Strike as she has been properly provided with the information and no undue prejudice will result.

        Defendants, City of Haverhill,

        by their attorney,

        /s/ Regina M. Ryan
        Douglas I. Louison   BBO# 545191
        Regina Gilgun Ryan BBO# 565246
        MERRICK, LOUISON & COSTELLO
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305

## CERTIFICATE OF SERVICE

  I, Regina M. Ryan., hereby certify that on the ___th day of February, 2008, I served the foregoing document via electronic filing directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

        /s/ Regina M. Ryan
        Regina M. Ryan

prejudice will result.

        Defendants, City of Haverhill,

        by their attorney,

        /s/ Regina M. Ryan
        Douglas I. Louison   BBO# 545191
        Regina Gilgun Ryan BBO# 565246
        MERRICK, LOUISON & COSTELLO
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305

## **CERTIFICATE OF SERVICE**

    I, Regina M. Ryan., hereby certify that on the 19th day of February, 2008, I served the foregoing document via electronic filing directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

        /s/ Regina M. Ryan
        Regina M. Ryan