UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

**PAMELA HILCHEY**
    **Plaintiff,**

V.

**CITY OF HAVERHILL**
    **Defendant.**

### DEFENDANT, CITY OF HAVERHILL'S JURY VERDICT FORM

1.   Has the plaintiff, Pamela Hilchey, proven by a preponderance of the evidence that the City of Haverhill arrested the plaintiff without probable cause in violation of her rights as protected by the Fourth Amendment of the United States Constitution?

     Yes   _____     No   _____

     If you answered no, please sign the jury verdict form and return it to the court officer at this time.   If you answered yes, please proceed to question 2.

2.   Has the plaintiff, Pamela Hilchey, proven by a preponderance of the evidence that the defendant City of Haverhill had an unconstitutional custom, practice or policy that contributed to her false arrest?

     Yes   _____     No   _____

     If you answered no to question 2, please sign the jury verdict form and return it to the court officer at this time.

     If you answered yes to questions 1 and 2, please proceed to question no. 3.

3.   If your answer to questions 1 and 2 are in the affirmative and you find that the plaintiff was injured and that the defendant City of Haverhill proximately caused the injury, what compensatory damages, if any, do you award to the plaintiff?

     $_____ (indicate dollar amount, if any).

_____
Foreperson of the Jury


Date: _____

                                    Defendant, City of Haverhill,
                                    by its attorneys,

                                    /s/ *Regina M. Ryan*
                                    _____
                                    Douglas I. Louison   BBO# 545191
                                    Regina M. Ryan BBO# 565246
                                    LOUISON, COSTELLO
                                    CONDON & PFAFF
                                    67 Batterymarch Street
                                    Boston, MA 02110
                                    (617) 439-0305


**CERTIFICATE OF SERVICE**

     I, Regina M. Ryan., hereby certify that on the 25th day of February, 2008, I served the foregoing via electronic filing directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

                                    /s/ *Regina M. Ryan*
                                    _____
                                    Regina M. Ryan