UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. No. 005 CV 10152 NMG

|  |  |
|---|---|
| PAMELA J. HILCHEY, | ) |
| Plaintiff, | ) |
| v. | ) |
| CITY OF HAVERHILL, *et al.*, | ) |
| Defendants. | ) |

## PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST

In addition to Exhibits 1 – 30 identified in her Pretrial Memorandum filed with the Court on January 25, 2008, the plaintiff intends to introduce four checks, dated 10/25/01, 9/16/02, 11/1/02 and 8/27/03, copies of which are attached hereto.

By plaintiff's attorney,
*/s/ Eric P. Finamore*
Eric P. Finamore, BBO No. 541872
Weston Patrick, P.A.
84 State Street, Suite 1100
Boston, MA 02109
(617) 742 – 9310

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 25, 2008.

*/s/ Eric P. Finamore*

