1

```
                                Volume: I
                                Pages: 1 to 48
                              Exhibits: 1 to 5

        UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF MASSACHUSETTS
                 Civil Action No. 05-10152NMG


   PAMELA HILCHEY,                    )
        Plaintiff,                    )
                                      )
   vs.                                )
                                      )
   CITY OF HAVERHILL, JOHN J.         )
   GUERIN, STEPHEN BRIGHI, KIM        )
   J. PAROLISI, LANCE A.              )
   DAWKINS, ALAN RATTE, GARY J.       )
   MELANSON, JOHN ARAHOVITES,         )
   VICTOR PELLOT, GEORGE DEKEON,      )
   JR., and WILLIAM LEEMAN            )
        Defendants.                   )
```

DEPOSITION of JOHN J. GUERIN, JR., a witness called on behalf of the Plaintiff, taken pursuant to the Massachusetts Rules of Civil Procedure, before Robin Picariello, Registered Merit Reporter and Notary Public, at the Offices of Weston, Patrick, Willard & Redding, P.A., 84 State Street, Boston, Massachusetts, on March 28, 2007 commencing at 9:17 a.m..

```
                R.P. REPORTING
                 63 East Street
          Pepperell, Massachusetts 01463
                (978) 433-8285
```

8

```
 1              MR. MILLER:  Pardon me?  Objection.
 2              MS. GILGUN RYAN:  I said objection to the
 3   question.  I can object and you can still answer.
 4              MR. MILLER:  On what basis?
 5              MS. GILGUN RYAN:  I believe your question
 6   was -- what was your -- you can assume that the
 7   answers haven't --
 8              MR. MILLER:  Can we read back the
 9   question, please.  Do you want the question read
10   back?
11              MS. RYAN:  I just put my objection on.
12              MR. MILLER:  Could you read the question,
13   please.
14              (Record read)
15              MR. MILLER:  And the answer.
16              (Record read)
17   BY MR. MILLER:
18   Q.  Is that correct?
19   A.  That is correct, I have not seen the answers prior
20       to today -- the questions prior to today.  It was
21       an awkward answer to the question I guess.
22   Q.  Do you recall receiving any request to you for the
23       production of documents in connection with this
24       matter?
```

9

| | | |
|---|---|---|
| 1 | A. | The production of documents, I do not recall. |
| 2 | | MR. MILLER: Could we mark this as |
| 3 | | Exhibit 2, please. This is the request for |
| 4 | | production of documents. |
| 5 | | (Exhibit No. 2 marked for identification) |
| 6 | | MS. GILGUN RYAN: Can we take a quick |
| 7 | | break? |
| 8 | | MR. MILLER: Sure. |
| 9 | | (Witness conferred with Counsel) |
| 10 | | BY MR. MILLER: |
| 11 | Q. | I just handed you, Commissioner, a document the |
| 12 | | court reporter has marked Exhibit 2, if you could |
| 13 | | take a look at that, please. |
| 14 | A. | Sure. |
| 15 | | (Pause) |
| 16 | A. | All right. |
| 17 | Q. | Commissioner, have you seen that document prior to |
| 18 | | today? |
| 19 | A. | I have not. |
| 20 | Q. | Is it fair to say that you have not sought any |
| 21 | | documents that are requested in that document? |
| 22 | A. | That's fair to say. |
| 23 | Q. | Could you tell me, Commissioner, if you've had any |
| 24 | | training after undergraduate school? |