UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAMELA J. HILCHEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HAVERHILL, *et al.*,<br><br>Defendants. | Civ. No. 005 CV 10152 NMG |

**APPENDIX CORRECTING PARAGRAPH 8 OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE THE DEFENDANT FROM DENYING THAT THE INVESTIGATION, CHARGING, AND ARREST OF THE PLAINTIFF WERE PURSUANT TO THE POLICIES OF THE CITY OF HAVERHILL**

Plaintiff hereby corrects an error made at Page 3, Paragraph 8, of her previously-filed motion in limine to preclude the defendant from denying that the plaintiff's arrest occurred pursuant to an official policy.

The correct name of the deponent produced by the defendant, which name should have been referenced in plaintiff's motion, was Donald E. Thompson.

Respectfully submitted,
Plaintiff, by her attorney,
*/s/ Eric P. Finamore*
Eric P. Finamore, BBO No. 541872
Weston Patrick, P.A.
84 State Street, Suite 1100
Boston, MA 02109
(617) 742 – 9310

CERTIFICATE OF SERVICE
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 29, 2008.

*/s/ Eric P. Finamore*