UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. No. 005 CV 10152 NMG

PAMELA J. HILCHEY,  )
                    )
    Plaintiff,      )
                    )
v.                  )
                    )
CITY OF HAVERHILL, *et al.*,  )
                    )
    Defendants.     )

[PLAINTIFF'S PROPOSED]
JURY VERDICT

1. Was the plaintiff arrested without probable cause to believe she had committed the criminal offenses for which she was arrested?

_____ Yes        _____ No

If your answer is "yes" proceed to question 2.

2. Was the plaintiff's arrest without probable cause the result of a policy, custom or practice of the defendant, City of Haverhill?

_____ Yes        _____ No

If your answer is "yes" proceed to question 3.

3. What amount of money will compensate the plaintiff for her injuries or harm, including mental or emotional suffering, which were caused by the defendant's actions?

$_____        (Amount in numbers)


_____           (Amount in words)

The Jury, by:

_____
Foreperson

Date:

                                            By plaintiff's attorney,
                                            */s/ Eric P. Finamore*
                                            Eric P. Finamore, BBO No. 541872
                                            Weston Patrick, P.A.
                                            84 State Street, Suite 1100
                                            Boston, MA 02109
                                            (617) 742 – 9310

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 3, 2008.

*/s/ Eric P. Finamore*_____