UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAMELA J. HILCHEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF HAVERHILL, *et al.*, )<br>)<br>Defendants. ) | Civ. No. 005 CV 10152 NMG |

**PLAINTIFF'S MOTION TO FILE A REPLY TO DEFENDANT'S OPPPOSITION TO PLAINTIFF'S MOTION IN LIMINE**

Plaintiff hereby moves, in accordance with Local Rule 7.1 (B)(3), for leave to file and serve a reply to the defendant's opposition to her motion in limine, which asks the Court to prohibit the Defendant from attempting to prove at trial that the investigation, charging, and arrest of the Plaintiff on September 7, 2002 were not pursuant to the policies of the City of Haverhill.

As grounds for this motion, plaintiff asserts that the defendant's opposition make substantially inaccurate statements of fact which require response. Moreover, plaintiff's counsel has only recently discovered significant respects in which the testimony of the defendant's Fed. R. Civ. P. 30(b)(6) designee, Donald Thompson, was inaccurate and misleading.

**WHEREFORE**, Plaintiff, Pamela J. Hilchey, respectfully requests that this Honorable Court permit the filing of the attached reply memorandum, and that it grant in full to her the relief requested in her motion *in limine*, for costs and/or attorneys' fees as

provided in Fed. R. Civ. P. 37, and for such other and further relief as to the Court seems just.

Respectfully submitted,
Plaintiff, by her attorney,
/s/ Eric P. Finamore
Eric P. Finamore, BBO No. 541872
Weston Patrick, P.A.
84 State Street, Suite 1100
Boston, MA 02109
(617) 742 – 9310

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 5, 2008.

/s/ Eric P. Finamore