UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAMELA J. HILCHEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF HAVERHILL, *et al.*, )<br>)<br>Defendants. ) | Civ. No. 005 CV 10152 NMG |

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPPOSITION TO
MOTION IN LIMINE TO PRECLUDE THE DEFENDANT
FROM DENYING THAT THE INVESTIGATION, CHARGING,
AND ARREST OF THE PLAINTIFF ON SEPTEMBER 7, 2002 WERE
PURSUANT TO THE POLICIES OF THE CITY OF HAVERHILL**

Plaintiff, by her attorney, hereby replies to the defendant's opposition to her pending motion in limine, which asks the Court to prohibit the Defendant from attempting to prove at trial that the investigation, charging, and arrest of the Plaintiff on September 7, 2002 were not pursuant to the policies of the City of Haverhill.

1. The general tenor of the opposition is that the City of Haverhill has complied fully with its discovery obligations and has even gone beyond what they require. According to the defendant, "the plaintiff has failed to identify any documents that the defendant has failed to produce." *Opposition* at 1.

2. However, plaintiff can demonstrate that the defendant has wilfully concealed documents relating to other claims of civil rights violations against the City of Haverhill which are: (i) within the actual possession of defense counsel, as well as the

defendant; (ii) directly relevant to the subject matter of this case; and (iii) within the scope of the plaintiff's discovery requests and arguably within the scope of the Order of this Court.

3.  Since the beginning of this action, the plaintiff has sought discovery pertaining to claims of civil rights violations against the defendant made prior to the plaintiff's arrest. In this regard, the plaintiff served a Request for Production on the City of Haverhill, under cover of counsel's letter dated October 20, 2006. Request Number 16 is the following:

> All pleadings and correspondence relating to any lawsuit brought against the City of Haverhill, its Police Department, or any of its police officers or officials, relating to any claim by any person of a violation of state or federal civil rights, for the ten-year period preceding September 7, 2002.

The request is clearly within the scope of Rule 26, since the present action against the City of Haverhill alleges municipal liability for the violation of the Plaintiff's civil rights, and suits premised upon similar violations prior to the arrest of the Plaintiff on September 7, 2002 are likely to lead to admissible evidence pertaining to the policy, custom, or practice of the City of Haverhill.

4.  For well over a year after service of the request, the defendant produced no documents in response to the request. In July, 2007, the plaintiff moved for an order compelling production.

5.  On January 24, 2008, a week before the scheduled final pretrial conference, the defendant finally disgorged 261 pages of "citizen's complaints" and other allegations of police misconduct. Part of this "production" also included a list of 101 civil lawsuits against the City of Haverhill. *See Exhibit A, "Civil Actions Against the City of Haverhill."*

6.    The list provides no specification of the subject matter of any of the lawsuits, and there is no way for the plaintiff to know from the list how many of the cases, if any, allege civil rights violations. Indeed, for approximately one-third of the cases on the list, there is not even a way to identify the court in which the matter is (or was) pending.

7.    Also prior to the pretrial conference, defense counsel offered to produce Deputy Chief Thompson as its Rule 30(b)(6) representative, and after the Court's allowance-in-part of the plaintiff's motion, did so on February 15, 2008.[1]

8.    Deputy Chief Donald Thompson provided the following testimony[2] in response to a question about his knowledge of *Meuse v. Haverhill*, one of the 101 cases indiscriminately disclosed on the list:

    A:    I'm aware of that one.

    Q:    What happened?

    A:    Um, I think his name was Brian Meuse. Custody battle. Took his two-year-old daughter, fled the state. At some point, he was arrested out west somewhere. There was a local, state and Federal warrants for his arrest. He was brought back to Haverhill. He was found innocent. He filed a suit against the city, the FBI, Wal-Mart and a number of other organizations. And at this point I believe that the case is in limbo. It's inactive.

    Q:    When was the litigation on-going in that case?

    A:    Meaning the action against the city? Is that what you're talking about?

    Q:    Yeah. Meuse against Haverhill. When –

---

[1] Plaintiff has previously advised the Court that a mistake was made in identifying the City of Haverhill's Rule 30(b)(6) designee. Deputy Chief Donald Thompson was indeed the deponent produced by the City of Haverhill.

A:   I believe other than the case was filed, *I don't think it went anywhere after that.*[3]

9.   This testimony is disingenuous, at best. In fact, *Meuse v. Haverhill* (Civ. No. 4-CV-10255): (a) is not "inactive" but is *presently pending* before Judge Harrington in this Court; (b) alleges a violation of 42 U.S.C. § 1983 for arrest without probable cause; (c) involves a direct claim against Deputy Chief Donald E. Thompson as a defendant; and (d) pertains to an arrest made in 2000 and a finding of not guilty in or about March, 2002.

10.  Moreover, Deputy Chief Thompson and the City of Haverhill have been represented in *Meuse* by Regina M. Ryan and Douglas I. Louison of Merrick, Louison & Costello, defense counsel in the present case. *Meuse* was filed in June, 2004, more than two and one-half years before counsel served the discovery request in the present case. *See Exhibit B, Civil Docket for Case No. 1:04-cv-10255-EFH* (in part).

11.  Therefore, the Court is presented with the following:

• Since the Request for Production of Documents was served on the City of Haverhill seventeen months ago, defense counsel has had documents responsive to the request within their actual possession, but has never produced them;

• *Meuse* had been in suit for *two and one-half years* at the time counsel received the request for production of documents, and the plaintiff therein alleged that the City of Haverhill had effectuated an arrest without probable cause, but counsel never

---

[2] Transcript of the deposition of Donald E. Thompson, taken February 15, 2008, p. 52, l. 20 – p. 53, l. 14. Italics added.

[3] These facts were discovered by plaintiff's counsel only after the filing of the motion in limine on February 25, 2008.

4

disclosed that fact;

- The Rule 30(b)(6) designee of the City of Haverhill knew that *Meuse v. Haverhill* was not about a custody battle, as he testified, but about a constitutional violation for arrest without probable cause;

- The Rule 30(b)(6) designee of the City of Haverhill knew that he is a defendant in an ongoing action for an alleged arrest without probable cause, but failed to disclose that fact in his deposition testimony; and

- No documents regarding *Meuse v. Haverhill* have ever been produced, despite their relevance, despite the fact that they reside in counsel's office, and despite the Court's order arguably requiring production.

12. Plaintiff's counsel had only become aware of the nature of the *Meuse* case since Thompson's deposition. If defense counsel had properly disclosed the nature of the case, and produced documents relating to it, Thompson could have been properly questioned about it, and about policies of the City of Haverhill regarding claims of arrest without probable cause.

13. Presumably, the purpose of burying the *Meuse* case among 100 other civil cases was to make it difficult for plaintiff's counsel to discern the nature of the case. That goal was achieved. Plaintiff's counsel continues to investigate the nature of the 100 other cases on the list, but does not yet know what other civil rights claims it contains.

14. Deputy Chief Thompson's testimony constitutes the testimony of the City of Haverhill, since he was designated as the City's representative under Fed. R. Civ. P. 30(b)(6). Thompson's inaccurate, incomplete and disingenuous testimony, therefore, is

properly held against the City on the issue of sanctions.

15. The purpose of alluding, in the motion in limine, to Mayor Guerin's failure to search for documents in advance of his deposition was simply to show that this failure to respond to discovery requests has been a pattern in this case.

16. As the Court is aware, demonstrating falsity of asseverations of a party that it has complied with its discovery obligations is a laborious task. Plaintiff believes that she would be able to prove clearly that the other factual assertions in the City of Haverhill's opposition that are false can be demonstrated to be so. Plaintiff therefore requests an opportunity to present such evidence as she has in detail to the Court.

17. Finally, plaintiff notes that defense counsel has the temerity to ask for costs as a sanction for the filing of the motion in limine. In reply, plaintiff's counsel feels constrained to point out that, because of the allowance – at least in part – of her prior motion to compel against the City of Haverhill, an award of costs *against* the defendant would be appropriate under Fed. R. Civ. P. 37(a). Moreover, the defendant's pattern of concealment and non-response merit such an award, as well as sanctions provided by Rule 37 and the relief requested in her motion in limine.

**WHEREFORE**, Plaintiff, Pamela J. Hilchey, respectfully requests that this Honorable Court grant in full to her the relief requested in her motion *in limine*, for costs and/or attorneys' fees as provided in Fed. R. Civ. P. 37, and for such other and further relief as to the Court seems just.

                Respectfully submitted,
                Plaintiff, by her attorney,
                */s/ Eric P. Finamore*
                Eric P. Finamore, BBO No. 541872
                Weston Patrick, P.A.
                84 State Street, Suite 1100
                Boston, MA 02109
                (617) 742 – 9310

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 5, 2008.

                */s/ Eric P. Finamore*

# EXHIBIT A

# LOUISON, COSTELLO, CONDON & PFAFF, LLP
ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

DOUGLAS I. LOUISON
PATRICK J. COSTELLO
DAVID E. CONDON
BRADFORD N. LOUISON
STEPHEN C. PFAFF
REGINA M. RYAN

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com

JENA M. CARUSO
VALERIE A. MCCORMACK
ROBERT A. STEWART

January 24, 2008

**BY HAND**

Eric P. Finamore, Esquire
WESTON, PATRICK, WILLARD & REDDING
84 State Street
Boston, MA 02109

Re:   **Pamela Hilchey v. City of Haverhill, et al**
      **USDC CA No. 05-10152-NMG**

Dear Attorney Finamore:

Enclosed, with regard to the above-entitled matter, please find documents responsive to Schedule A of the 30(b)(6) deposition of the City of Haverhill.

As I stated in my e-mail earlier this week, I am willing to make Deputy Chief Thompson available pursuant to your 30(b)(6) Notice of Deposition prior to the pre-trial conference scheduled for Wednesday, January 30, 2008.

Very truly yours,

Regina M. Ryan

RMR/lsc
Enclosures

CIVIL ACTIONS AGAINST THE CITY OF HAVERHILL

1. Taylor v. Haverhill Police Department, USDC CA No 07-10397-PBS
2. Murphy, et al v. Haverhill Police, et al, USDC CA No. 95-10652-DPW
3. Alejandro, et al v. City of Haverhill, et al, USDC CA No. 98-10708-RCL
4. Spinazola v. McDonald, et al; USDC CA No. 98-12517-RWZ
5. Burns v. Rurack, et al, USDC CA No. 98-10739-NG
6. Caputo v. Haverhill, City of, et al;  USDC CA No 01-10085-JLT
7. Culbert v. Parolisi, et al,  USDC CA No 03-1011-GAO
8. Wood v. Haverhill Municipal, et al;  USDC CA No 88-00477-MLW
9. Downs, et al v. City of Haverhill, et al,  USDC CA No 90-11954-RWZ
10. Fasulo v. Haverhill, City of,  USDC CA No 93-10085-EFH
11. Wilkerson, et al v. Haverhill School Committee,  USDC CA No 89-02833-ADM
12. Donovan v. Haverhill, City of,  USDC CA No 01-10006-RWZ
13. Meuse v. Haverhill, City of,  USDC CA No 04-10255-EFH
14. Jeannite v. Haverhill, City of,  USDC CA No 04-10541-RWZ
15. Weinburgh v. Haverhill, City of,  USDC CA No 06-11689-JLT
16. Groveland v. Haverhill, City of,  USDC CA No 83-03661-MLW
17. Fasulo v. Haverhill, City of,  USDC CA No 92-11480-EFH
18. Pendleton v. Haverhill, City of,  USDC CA No 95-12736-GAO
19. Frost v. Haverhill, City of,  USDC CA No 96-11712-JLT
20. Polizzotti v. Haverhill, City of,  USDC CA No 97-12641-PBS
21. Ingerson v. Haverhill, City of,  USDC CA No 98-10611-EFH
22. Dyes v. Haverhill, City of,  USDC CA No 98-10651-MLW
23. Bougioukas v. Haverhill, City of,  USDC CA No 98-12435-RCL
24. Turner v. Haverhill, City of,  USDC CA No 06-10392-NG
25. Pettengill v. Haverhill, City of,  USDC CA No 07-12174-MLW

26. D'Anna v. City of Haverhill, Essex Superior Court CA No. 1982-08224
27. Clautier v. City of Haverhill, Essex Superior Court CA No. 1982-12411
28. Mears v. City of Haverhill, Essex Superior Court CA No. 2001-02112
29. Donovan, et al v. City of Haverhill, Essex Superior Court CA No. 2003-00352
30. Torre v. City of Haverhill, Essex Superior Court CA No. 1999-02235
31. Moses v. City of Haverhill, Essex Superior Court CA No. 2002-00736
32. Maroney v. City of Haverhill, Essex Superior Court CA No. 2002-01691
33. Maisonet v. City of Haverhill, Essex Superior Court CA No. 2000-01673
34. McAuliffe. City of Haverhill, Essex Superior Court CA No. 2000-01717
35. Petrozzelli v. City of Haverhill, Essex Superior Court CA No. 2001-02247
36. Baikewicz v. City of Haverhill, Essex Superior Court CA No. 2002-00088
37. Difonzo v. City of Haverhill, Essex Superior Court CA No. 2003-00049
38. Chenard v. City of Haverhill, Essex Superior Court CA No. 2001-01006
39. Bucuzzo v. City of Haverhill, Middlesex Superior Court CA No. 1988-03838
40. RBM v. City of Haverhill, Middlesex Superior Court CA No. 1984-04302

41. Keough v. City of Haverhill, Middlesex Superior Court CA No. 1988-04059
42. Holyoke Mutual v. City of Haverhill, Middlesex Superior Court CA No.1997-00465
43. Lowell Five Cent Sav Bank v. City of Haverhill, Middlesex Superior Court CA No.1997-05383
44. Bertone & Sons v. City of Haverhill, Middlesex Superior Court CA No.1997-06529
45. Palladium Construction v. City of Haverhill, Middlesex Superior Court CA No.2001-00168
46. Bradley v. City of Haverhill, Middlesex Superior Court CA No. 1999-00326
47. Sarchioni v. City of Haverhill, Middlesex Superior Court CA No.1996-05277
48. Baldwin v. City of Haverhill, Middlesex Superior Court CA No. 1990-02436
49. West Floor Covering v. City of Haverhill, Middlesex Superior Court CA No. 1998-01696
50. Moore v. City of Haverhill, Middlesex Superior Court CA No. 1994-00708
51. Chaves v. City of Haverhill, Middlesex Superior Court CA No.1998-04358
52. City of Haverhill v. Toomey, Middlesex Superior Court CA No.1982-04325
53. Marco v. City of Haverhill, Middlesex Superior Court CA No.1982- 04389

54. CNA Insurance Co. v. City of Haverhill, Norfolk Superior Court CA No. 2000-00902
55. Arbella Mutual Ins. Co. v. City of Haverhill, Norfolk Superior Court CA No. 2001-00292

56. Middleboro Fire Apparatus v. City of Haverhill, Plymouth Superior Court CA No. 2001-00551

57. City of Haverhill v. Duffy, Suffolk Superior Court CA No. 1995-02705
58. City of Haverhill v. Fasulo, Suffolk Superior Court CA No. 1992-07038
59. City of Haverhill v. Universal Engineering, Suffolk Superior Court CA No. 2000-03538
60. City of Haverhill v. Withman, Suffolk Superior Court CA No. 1992-07039
61. Moreau v. City of Haverhill, Suffolk Superior Court CA No. 1997-03161
62. Ingerson v. City of Haverhill, Suffolk Superior Court CA No. 1999-01585
63. Ingerson v. City of Haverhill, Suffolk Superior Court CA No. 1998-04931
64. Weinburgh v. City of Haverhill, Suffolk Superior Court CA No. 2006-03187
65. Kelson v. City of Haverhill, Suffolk Superior Court CA No. 1996-02690
66. Safety Ins. Co. v. City of Haverhill, Suffolk Superior Court CA No. 2003-01400
67. Fasulo v. City of Haverhill, Suffolk Superior Court CA No. 1995-01002
68. Pratt v. City of Haverhill, Suffolk Superior Court CA No. 1999-02719
69. Safety Ins. Co. v. City of Haverhill, Suffolk Superior Court CA No.2001-04294
70. Garrett v. City of Haverhill, Suffolk Superior Court CA No. 2006-00350
71. Manuela Cordero v. City of Haverhill
72. Patrick M. Dwyer v. City of Haverhill
73. Tammy Trainor v. City of Haverhill
74. Donald Gagnon v. City of Haverhill
75. Cecelia Pelczar v. City of Haverhill
76. Eric Eaker v. City of Haverhill
77. Charles Clark v. City of Haverhill
78. Patricia Russo v. City of Haverhill

79. Garand's Discount v. City of Haverhill
80. Cameron Dubiel v. City of Haverhill
81. Dana Stack v. City of Haverhill
82. Pamela Hilchey v. City of Haverhill
83. George Manemanus v. City of Haverhill
84. Sandra Eaton v. City of Haverhill
85. Lisa Thibault (Corr) v. City of Haverhill
86. Lisa Raymond v. City of Haverhill
87. Roberta Olivares v. City of Haverhill
88. Stephen Pantalone v. City of Haverhill
89. Merton Howard v. City of Haverhill
90. Douglas Wallace v. City of Haverhill
91. Barry Kittredge v. City of Haverhill
92. Jose Santos v. City of Haverhill
93. Sharon Cannata v. City of Haverhill
94. Robin Robinson v. City of Haverhill
95. Virginia Kelly v. City of Haverhill
96. John Marchand v. City of Haverhill
97. Richard Jaffrian v. City of Haverhill
98. Roberta Kearns v. City of Haverhill
99. Adrian Cohen v. City of Haverhill
100. Leonard Russo v. City of Haverhill
101. Victor Pellot v. City of Haverhill

3

# EXHIBIT B

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10255-EFH

Meuse v. Pane et al
Assigned to: Senior Judge Edward F. Harrington
Case in other court: First Circuit COA, 04-01829
                             First Circuit, 04-01974
Cause: 28:1983 Civil Rights

Date Filed: 02/06/2004
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Brian J. Meuse**　　　　　　　　　represented by **Barbara C. Johnson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　6 Appletree Lane
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Andover, MA 01810-4102
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　978-474-0833
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 978-474-1833
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: barbaracjohnson@verizon.net
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Susan Pane**　　　　　　　　　　　represented by **Susan Pane**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　291 Sagewood Drive
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Port Orange, FL 32127
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　386-788-5571
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: arabrabsun@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO SE*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Rodney S. Dowell**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Berman & Dowell
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　210 Commercial St.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　617-723-9911
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 617-723-6688
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 08/26/2004*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Rosalyn Stults**
*TERMINATED: 03/22/2006*

represented by **Daniel P O'Brien**
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100
Fax: 617-367-2315
Email: dobrien@peabodyarnold.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George A. Berman**
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02110-2261
617-951-2100
Email: gberman@peabodyarnold.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marjunette deMagistris**
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02110-2261
617-951-4707
Fax: 617-951-2125
*TERMINATED: 12/22/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan E. Cohen**
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02110-2261
617-951-4703
Fax: 617-951-2125
Email: scohen@peabodyarnold.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J O'Keefe**
569 Main Street
Mansfield, MA 02048
508-339-4890
Email: rj_okeefe@yahoo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel R. Moynihan**
*Lt. Detective, in his official and individual capacities*

represented by **Douglas I. Louison**
Louison, Costello, Condon & Pfaff, LLP
67 Batterymarch Street
Third floor
Boston, MA 02110
617-439-0305
Fax: 617-439-0325
Email: dlouison@merricklc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Ryan**
Louison, Costello, Condon & Pfaff, LLP
67 Batterymarch Street
Third floor
Boston, MA 02110
617-439-0305
Fax: 617-439-0325
Email: rryan@merricklc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Captain Donald Thompson**

represented by **Douglas I. Louison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Ryan**
(See above for address)
*LEAD ATTORNEY*

                 *ATTORNEY TO BE NOTICED*

**Defendant**

**City of Haverhill**      represented by **Douglas I. Louison**
                 (See above for address)
                 *LEAD ATTORNEY*
                 *ATTORNEY TO BE NOTICED*

                 **Regina M. Ryan**
                 (See above for address)
                 *LEAD ATTORNEY*
                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Louis Freeh**        represented by **Anton P. Giedt**
*in his official capacity*            United States Attorney's Office
*TERMINATED: 03/23/2006*        John Joseph Moakley Federal
                 Courthouse
                 1 Courthouse Way
                 Suite 9200
                 Boston, MA 02210
                 617-748-3309
                 Fax: 617-748-3967
                 Email: anton.giedt@usdoj.gov
                 *LEAD ATTORNEY*
                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Charles S. Prouty**      represented by **Anton P. Giedt**
*in his official and individual*         (See above for address)
*capacities*                *LEAD ATTORNEY*
*TERMINATED: 03/23/2006*        *ATTORNEY TO BE NOTICED*

**Defendant**

**Charles P. Kelly**       represented by **Anton P. Giedt**
*TERMINATED: 03/23/2006*       (See above for address)
                 *LEAD ATTORNEY*
                 *ATTORNEY TO BE NOTICED*

**Defendant**

**FOX New Channel**
*TERMINATED: 03/15/2004*
*also known as*
FOX25 News
*TERMINATED: 03/15/2004*

**Defendant**

**America's Most Wanted**
*TERMINATED: 04/30/2004*

**Defendant**

**National Center for Missing and Exploited Children**
*TERMINATED: 07/13/2004*

represented by **Susan Brinkerhoff**
National Center for Missing and Exploited Children
699 Prince Street
Alexandria, VA 22314
703-837-6385
Fax: 703-274-2200
*TERMINATED: 01/17/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy P. Van Dyck**
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
617-239-0100
Fax: 617-227-4420
Email: tvandyck@eapdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Windy Rosebush Catino**
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
617-239-0100
Fax: 617-227-4420
Email: wcatino@eapdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wal-Mart Stores, Inc.**
*TERMINATED: 01/20/2005*

represented by **Chauncey D. Steele, IV**
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
617-367-9500
Fax: 617-742-1788
Email: csteele@craigmacauley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard E. Quinby**
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
617-367-9500
Fax: 617-742-1788
Email: quinby@craigmacauley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fox Television Stations, Inc.**
*TERMINATED: 06/09/2004*

represented by **Elizabeth A. Ritvo**
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
617-856-8249
Fax: 617-856-8201
Email: eritvo@brbilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey P. Hermes**
Brown, Rudnick, Berlack & Israels LLP
One Financial Center
Boston, MA 02111
617-856-8203

> Fax: 617-856-8201
> Email:
> jhermes@brownrudnick.com
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*
>
> **Samantha Leigh Gerlovin**
> Brown Rudnick Berlack Israels LLP
> One Financial Center
> Boston, MA 02111
> 617-856-8540
> Fax: 617-856-8201
> Email:
> sgerlovin@brownrudnick.com
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*

**Defendant**

**STF Productions, Inc.**
*TERMINATED: 06/09/2004*

represented by **Elizabeth A. Ritvo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NCMEC**
*TERMINATED: 07/08/2004*

represented by **Windy Rosebush Catino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States**
*As Substitution for Charles S. Prouty and Charles P. Kelly*
*TERMINATED: 04/18/2006*

represented by **Anton P. Giedt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2004 | 1 | COMPLAINT against America's Most Wanted, City of Haverhill, FOX New Channel, Louis Freeh, Charles P. Kelly, Daniel R. Moynihan, National Center for Missing and |