AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

Pamela Hilchey

V.

City of Haverhill

**EXHIBIT AND WITNESS LIST**

Case Number: 05-10152

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nathaniel M. Gorton | Finamore, Miller | Ryan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/10/08 | Dahlstrom | Nicewicz |

| PLF NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 3/10/08 | x | x | 49 Pear Tree Rd., Monigle house |
| 20 |  |  | x | x | Letter and Receipt to Mayor from Plaintiff 9/4/02 |
| 2 |  |  | x | x | 11/1/02 check of $4,000 towards defense |
| 3 |  |  | x | x | 8/2/03 check of $3,500 towards defense |
|  | 18 |  | x | x | CAD Incident Information |
| 21 |  |  | x | x | Audio CD track 2 9/7/02 of dispatch to Hilchey residence |
| 22 |  |  | x | x | Incident report P. Monigle |
| 23 |  |  | x | x | Report of Det. Melanson 9/7/02 |
| 24 |  | 3/11/08 | x | x | HPD supp. report 9/8/02 re: Hilchey |
| 26 |  |  | x | x | 4 page report |
| 27 |  |  | x | x | Det. Melanson report |
| 28 |  |  | x | x | Statement by M. Monigle |
|  | 15 |  | x | x | HPD Incident report 9/2/02 |
|  | 14 |  | x | x | Hilchey report re: Flamingo's |
|  | 25 |  | x | x | Crim. Complaint application |
|  | 19 |  | x | x | Petition from neighbors |
|  | 31 |  | x | x | Sgt. Arahovitas report |
| 35 |  |  | x | x | HPD Hilchey booking sheet 9/7/02 |
| 36 |  |  | x | x | Lawr. Dist. Ct. complaint 9/19/02 |
| 37 |  |  | x | x | Deacon Jr., Supp. report |
| 38 |  |  | x | x | Application for complaint by HPD |
| 39 |  |  | x | x | Criminal docket of Lawr. Dist. Ct. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

⹒AO 187A (Rev 7/87)        **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | Pamela Hilchey vs. City of Haverhill | CASE NO 05-10152 |
|---|---|---|---|---|---|

| PLF. NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 6 | 3/11/08 | x | x | HPD incident report Hilchey threat |
| | 8 | | x | x | HPD incident report Hilchey threat |
| | 29 | 3/12/08 | x | x | Written statement of Kevin Regan |

⹒AO 187A (Rev 7/87)

Page __2__ of __2__ Pages