CIVIL CASE NO: __05-10152__

TITLE: _____Pamela Hilchey_____ VS. _____City of Haverhill_____

## JURY PANEL

01. Joseph Owen
02. Patrick Connerty
03. Donna Bigold
04. Nancy Assencoa
05. Elizabeth Hayes
06. Sandra Walker
07. Janice Roberts
08. Erin Sullivan
09. David Ogle
10. Adam Walsh
11.
12.
ALT. #1
ALT. #2
ALT. #3
ALT. #4

## WITNESSES

**PLAINTIFF/GOVT.**

01. Pamela Hilchey
02. Det. Gary Melanson
03. Sgt. Victor Pellot
04. Cpt. Allan Raddy
05. Mayor John Guerin, Jr.,
06. Sgt. Arahovitas
07. Dr. James Williams
08.
09.
10.
11.
12.
13.
14.

**DEFENDANT**

01. Det. Kevin J. Dorr
02. Cpt. Daniel Wicks, MSP
03. Off. George Dekeon
04. Phyllis Monigle
05. Kaitlyn Monigle
06.
07.
08.
09.
10.
11.
12.
13.
14.

(jury&wit.lst - 09/92)