United States District Court
District of Massachusetts

```
_____ )
                          )
                          )
PAMELA HILCHEY,           )
                          )
         Plaintiff,       )
                          )    Civil Action No.
     v.                   )    05-10152-NMG
                          )
CITY OF HAVERHILL,        )
                          )
         Defendant.       )
_____ )
```

**VERDICT FORM**

I.  **FEDERAL CIVIL RIGHTS CLAIM**

**Question 1**   Did the Haverhill Police Department seek a warrant for the arrest of the plaintiff, Pamela Hilchey, without probable cause to believe that she had committed the offense with which she was charged?

Yes _____       No ___✓_____

**IF YOU ANSWER QUESTION 1 "YES", PROCEED TO QUESTION 2.**
**IF YOU ANSWER QUESTION 1 "NO", YOUR DELIBERATIONS ARE COMPLETE.**

**Question 2**   Was Hilchey's arrest without probable cause the result of an official policy, custom or practice of the police department of the City of Haverhill?

Yes _____       No _____

**IF YOU ANSWER QUESTION 2 "YES", PROCEED TO QUESTION 3.**
**IF YOU ANSWER QUESTION 2 "NO", YOUR DELIBERATIONS ARE COMPLETE.**

**Question 3**    Was the violation of Hilchey's civil rights the proximate cause of her injuries?

Yes _____    No _____

**IF YOU ANSWER QUESTION 3 "YES", PROCEED TO QUESTION 4.**
**IF YOU ANSWER QUESTION 3 "NO", YOUR DELIBERATIONS ARE COMPLETE.**

**Question 4**    Enter below (in words and in numbers) the amount of **compensatory or nominal damages** you award to the plaintiff for her injuries caused by the City's violation of her civil rights:

(words)    _____

(numbers)  $_____

**IF YOU AWARD COMPENSATORY DAMAGES IN QUESTION 4, PROCEED TO QUESTION 4a.**
**IF YOU AWARD NO COMPENSATORY DAMAGES IN QUESTION 4, YOUR DELIBERATIONS ARE COMPLETE.**

**Question 4a**    Should the plaintiff receive interest on the **compensatory damages** you have awarded for the violation of her civil rights?

Yes _____    No _____

**YOUR DELIBERATIONS ARE COMPLETE. THE FOREMAN WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHALL IN WRITING.**

Dated: __3/13/08__    Jury Foreman: _Sandra Walker_