UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Pamela Hilchey__
        Plaintiff(s)

v.                            CIVIL ACTION NO.  __05-10152-NMG__

__City of Haverhill__
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

__Gorton__, D.J.

[X] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for defendant, City of Haverhill.

Sarah A. Thornton, CLERK

Dated:  __3/14/08__                  __/s/ Craig J. Nicewicz__
                                      (By) Deputy Clerk