UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

**PAMELA HILCHEY**
    Plaintiff,

V.

**CITY OF HAVERHILL, JOHN J. GUERIN,
STEPHEN BRIGHI, KIM J. PAROLISI,
LANCE A. DAWKINS, ALAN RATTE,
GARY J. MELANSON, JOHN ARAHOVITES,
VICTOR M. PELLOT, GEORGE DEKEON, JR.,
and WILLIAM LEEMAN,**
    Defendants.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

The defendant, City of Haverhill, through its counsel, hereby state pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, that on March 19, 2008, a conference was initiated by Attorney Regina M. Ryan with the plaintiff's counsel, Eric Finamore. Counsel were not able to resolve the issue.

    Defendant, City of Haverhill,
    by its attorney,

    /s/ *Regina M. Ryan*
    Douglas I. Louison   BBO# 545191
    Regina Gilgun Ryan BBO# 565246
    LOUISON, COSTELLO, CONDON &
    PFAFF
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

**CERTIFICATE OF SERVICE**

     I, Regina M. Ryan., hereby certify that on the 20th day of March, 2008, I served the foregoing electronic filing and by causing a copy to be mailed, postage prepaid, directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

                                                  /s/ Regina M. Ryan
                                                  Regina M. Ryan