## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAMELA J. HILCHEY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civ. No. 005 CV 10152 NMG** |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF HAVERHILL, | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S MOTION FOR SANCTIONS

Plaintiff, by her counsel, hereby moves this Honorable Court for further sanctions, and/or for an order of contempt, against the defendant.

On March 7, 2008, in open court, the defendant was ordered to pay the plaintiff sanctions in the amount of $2,000. The sanctions were "to be paid forthwith."

As of March 20, 2008, defendant has not complied with the Order.

**WHEREFORE**, Plaintiff, Pamela J. Hilchey, respectfully requests that this Honorable Court find the defendant in contempt, and award her additional, sanctions, costs, attorneys' fees and such other and further relief as to the Court seems just.

Plaintiff, by her attorney,
*/s/ Eric P. Finamore*
Eric P. Finamore, BBO No. 541872
Weston Patrick, P.A.
84 State Street, Suite 1100
Boston, MA 02109
(617) 742 – 9310

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 20, 2008.                    */s/ Eric P. Finamore*