UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAMELA J. HILCHEY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civ. No. 005 CV 10152 NMG |
| | ) |
| v. | ) |
| | ) |
| CITY OF HAVERHILL, | ) |
| | ) |
| **Defendant.** | ) |

## PLAINTIFF'S CERTIFICATION UNDER LOCAL RULE 7.1

On March 20, 2008, I advised defense counsel of my intention to seek court action, and I requested that defense counsel make "immediate payment" of the sanctions ordered by this Court on March 7, 2008. In response, I received an e-mail which read, in its entirety:

> I am meeting with the partners of my firm this evening to discuss the imposition of sanctions and the payment. I expect that authority to make payment will be granted and you will receive payment promptly. Also, as I advised yesterday, I intend to file a Motion to Reconsider the sanctions imposed by Justice Gorton. Accordingly, I do not believe it is necessary to file a motion at this time. Thank you.

I received no clear indication if whether, or when, payment would be forthcoming; I received nothing other than an "expectation" of "authority" from the law firm to make payment "promptly," and, in any case, I have not received payment in accordance with the Court's order two weeks ago.

Therefore, on behalf of the plaintiff, I cannot reasonably consider the issue to be resolved.

Plaintiff, by her attorney,
*/s/ Eric P. Finamore*
Eric P. Finamore, BBO No. 541872
Weston Patrick, P.A.
84 State Street, Suite 1100
Boston, MA 02109
(617) 742 – 9310

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 20, 2008.        */s/ Eric P. Finamore*