UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

**PAMELA HILCHEY**
    **Plaintiff,**

**V.**

**CITY OF HAVERHILL, JOHN J. GUERIN,
STEPHEN BRIGHI, KIM J. PAROLISI,
LANCE A. DAWKINS, ALAN RATTE,
GARY J. MELANSON, JOHN ARAHOVITES,
VICTOR M. PELLOT, GEORGE DEKEON, JR.,
and WILLIAM LEEMAN,**
    **Defendants.**

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS

The defendant, City of Haverhill requests that this Court deny Plaintiff's Motion for Sanctions. As grounds therefore, the defendant states payment of the sanctions has been made to the plaintiff's attorney. (See attached Exhibit A). Further, on March 7, 2008, this Court imposed sanctions against the City of Haverhill. On March 19, 2008 counsel for the defendant advised counsel for the plaintiff, Eric Finnamore that she would be filing a Motion to Reconsider the Sanctions. On March 20, 2008 counsel for the plaintiff advised that he would be seeking sanctions for the delay in making payment. Counsel for the defendant advised him that she would be meeting with the partners at her firm that evening to discuss the payment of the sanctions and that she expected payment would be made promptly. (See Attached Ex. B.) Regardless, plaintiff's counsel filed the Motion for Sanctions. On March 25, 2008, the defendant hand delivered to the plaintiff a check in the amount of $3,000. (See Attached Exhibit A.)

The Court did not impose any specific time frame to pay the sanctions. Based on the fact

that the matter was on trial the week following the imposition of sanctions, counsel for the defendant was delayed in meeting with the partners in the firm to obtain the funds for the sanctions.  It was reasonable to make payment to plaintiff's counsel within 18 days of the original order.

Accordingly, the defendant City of Haverhill requests that this Court deny Plaintiff's Motion for Sanctions as payment has been made to the plaintiff and counsel for the plaintiff was advised that payment was going to made promptly.

>Defendants, City of Haverhill,
>by their attorney,
>
>/s/ Regina M. Ryan
>Douglas I. Louison   BBO# 545191
>Regina Gilgun Ryan BBO# 565246
>MERRICK, LOUISON & COSTELLO
>67 Batterymarch Street
>Boston, MA 02110
>(617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan., hereby certify that on the 25th day of March, 2008, I served the foregoing via electronic filing directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

>/s/ Regina M. Ryan
>Regina M. Ryan

# EXHIBIT A

Case 1:05-cv-10152-NMG   Document 105-2   Filed 03/25/2008   Page 1 of 3

## LOUISON, COSTELLO, CONDON & PFAFF, LLP

ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

DOUGLAS I. LOUISON
PATRICK J. COSTELLO
DAVID E. CONDON
BRADFORD N. LOUISON
STEPHEN C. PFAFF
REGINA M. RYAN

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com

JENA M. CARUSO
VALERIE A. MCCORMACK
ROBERT A. STEWART

March 25, 2008

**VIA MESSENGER**

Eric P. Finamore, Esquire
WESTON, PATRICK, WILLARD & REDDING
84 State Street
Boston, MA 02109

Re:   **Pamela Hilchey v. City of Haverhill, et al**
      **USDC CA No. 05-10152-NMG**

Dear Attorney Finamore:

Enclosed, with regard to the above-entitled matter, please find a check in the amount of $3,000.00 for the sanctions imposed by Judge Gorton. As you know, there is a Motion to Reconsider the Sanctions, and I would expect if it is granted in favor of the defendant City of Haverhill, you will reimburse the firm accordingly.

Feel free to contact me with any questions.

Very truly yours,

Regina M. Ryan

Enclosure

18895

**LOUISON, COSTELLO, CONDON & PFAFF, LLP**
67 BATTERYMARCH ST.
BOSTON, MA 02110

BANK OF AMERICA
BOSTON, MASSACHUSETTS
5-13-110

3/25/2008

PAY TO THE ORDER OF   Weston, Patrick, Williard & Redding         $ **3,000.00

Three Thousand and 00/100************************************************************************************************   DOLLARS

Weston, Patrick, Williard & Redding
84 State Street
Boston, MA 02109

MEMO   Massa.Hilchey

⑈018895⑈ ⑆011000138⑆ 0000546759 7⑈

# EXHIBIT B

-----Original Message-----
From: Regina Ryan
Sent: Thursday, March 20, 2008 2:56 PM
To: 'Eric Finamore'
Cc: Douglas Louison
Subject: RE: Local Rule 7.1 Request

Eric and David: I am meeting with the partners of my firm this evening to discuss the imposition of sanctions and the payment. I expect that authority to make payment will be granted and you will receive payment promptly. Also, as I advised yesterday, I intend to file a Motion to Reconsider the sanctions imposed by Justice Gorton. Accordingly, I do not believe it is necessary to file a motion at this time. Thank you. Gina

-----Original Message-----
From: Eric Finamore [mailto:epf@wpwr.com]
Sent: Thursday, March 20, 2008 1:23 PM
To: Regina Ryan
Subject: Local Rule 7.1 Request

Gina:
See attached letter.

Eric P. Finamore
Weston Patrick, P.A.
84 State Street
Boston, MA   02109
(617) 742-9310
epf@wpwr.com

The foregoing message is intended only for the named recipient, and may contain information which is privileged from disclosure and confidential. If you are not the named recipient, any use or disclosure of the information contained is prohibited, and you should delete all copies of the message immediately. Thank you.


-----Original Message-----
From: copier1@wpwr.com [mailto:copier1@wpwr.com]
Sent: Thursday, March 20, 2008 1:39 PM
To: epf@wpwr.com
Subject: Scanned image from Copier 1


DEVICE NAME: Copier 1
DEVICE MODEL: SHARP AR-M550N
LOCATION: Front copy room

FILE FORMAT: PDF MMR(G4)
RESOLUTION: 300dpi x 300dpi

Attached file is scanned image in PDF format.
This file can be read by Adobe Acrobat Reader.
The reader can be downloaded from the following URL:   http://www.adobe.com/