UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

PAMELA HILCHEY
    Plaintiff,

V.

CITY OF HAVERHILL
    Defendant.

### DEFENDANT, CITY OF HAVERHILL'S MOTION FOR COSTS

Now comes the defendant, City of Haverhill and hereby moves this Honorable Court to allow it costs pursuant to Ruled 54(d). As grounds therefore, the defendant states that on March 13, 2008 a jury returned a verdict in favor of the defendant, City of Haverhill.

Rule 54(d)(1) provides in pertinent part, "except when express provision therefore is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs". Fed.R.Civ.P. 54(d)(1). The rule provides a presumption that the losing party will pay costs. The exercise of discretion authorized by Rule 54(d) is "intended to take care of a situation where, although a litigant was the successful party, it would be inequitable under all the circumstances in the case to put the burden of costs upon the losing party." Lichter Found., Inc. v. Welch, 269 F.2d 142, 146 (6th Cir.1959).

The plaintiff, Pamela Hilchey, as the losing party must bear the burden of costs. It would be inequitable to have the defendant City of Haverhill pay the costs associated with this matter after a jury ruled in its favor. The Defendant City of Haverhill has incurred notable costs in

presenting this matter to the jury and pursuant to Rule 54 should be reimbursed by the plaintiff.

Defendant has enclosed an Affidavit of Louison, Costello, Condon & Pfaff office manager, Tara Kelly, with respect to costs.

WHEREFORE, defendant moves this Honorable Court to allow defendant City of Haverhill's Motion for Costs in the amount of $13,588.11. (See Exhibit A Affidavit of Tara Kelly).

          Defendants,
          by their attorney,

          */s/ Regina M. Ryan*
          _____
          Douglas I. Louison   BBO# 545191
          Regina M. Ryan BBO# 565246
          MERRICK, LOUISON & COSTELLO
          67 Batterymarch Street
          Boston, MA 02110
          (617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan., hereby certify that on the 28th day of March, 2008, I served the foregoing via electronic filing directed to: Eric P. Finamore, Esquire, WESTON, PATRICK, WILLARD & REDDING, 84 State Street, Boston, MA 02109.

          */s/ Regina M. Ryan*
          _____
          Regina M. Ryan

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10152NMG

PAMELA HILCHEY
Plaintiff,

V.

CITY OF HAVERHILL.
Defendant.

## AFFIDAVIT OF TARA L. KELLY

I, Tara L. Kelly, do hereby swear and depose the following:

1. I am the Office Manager for the law office of Louison, Costello, Condon & Pfaff, LLP.

2. My duties include but are not limited to the payment to vendors for services rendered during the course of litigation.

3. For this case, vendor services which the firm has paid directly total $373.16 and include the following:

   a. Essex County Sheriff''s Department- service of subpoena and notice of deposition on Ronald Hilchey- $67.20
   b. Travel to Haverhill to meet with clients on 2/12/07- $35.70
   c. Travel to Haverhill to meet with clients on 3/23/07- $40.15
   d. Copy Cop- copies of HPD policies and procedures- $230.11.

4. In addition, my duties include forwarding to the insurance company adjuster vendor bills for stenographer and expert services.

5. In the instant action, I have forwarded the following bills totaling $13,204.95 to Carolyn Hamel at Massamont Insurance Agency, Inc., PO Box 1170, Greenfield, MA 01302-1170:

2

    a.    R.P. Reporting- deposition transcripts of Alicia Regan and Robert Regan taken on August 13, 2006- $387.50
    b.    R.P. Reporting- deposition transcripts of Phyllis Monigle and Glen Monigle taken on November 13, 2006- $462.50
    c.    Dunn & Goudreau Court Reporting Service, Inc.- deposition transcript of Pamela Hilchey taken on November 27, 2006- $1,263.20
    d.    Dunn & Goudreau Court Reporting Service, Inc.- deposition transcript of Ronald Hilchey taken on November 29, 2006-$878.00
    e.    R.P. Reporting- deposition transcripts of Alan Rate, George Dekeon and John Arahovites taken on February 13, 2007-$457.50
    f.    R.P. Reporting- deposition transcripts of John Guerin, William Leeman and Gary Melanson taken on March 28, 2007- $694.75
    g.    R.P. Reporting- deposition transcripts of Victor Pellot, Lance Dawkins, and Kim Parolisi taken on March 26, 2007- $391.50
    h.    R.P. Reporting- deposition transcript of Kim Parolisi taken on May 23, 2007- $154.2
    i.    R.P. Reporting- deposition transcript of Alan Ratte taken on February 13, 2007- $181.75
    j.    R.P. Reporting- deposition transcript of Donald Thompson taken on February 15, 2007-$234.00
    k.    Daniel C. Wicks- expert opinion-$6,900.00
    l.    Daniel C. Wicks- expert opinion- $1,200.00

6. To date, these are all of the costs associated with the defendants in the above-referenced case since Louison, Costello, Condon & Pfaff, LLP was retained by Massamont Insurance Agency, Inc. to represent the insured's defendants, City of Haverhill, John J. Guerin, Stephen Brighi, Kim J. Parolisi, Lance A. Dawkins, Alan Ratte, Gary J. Melanson, John Arahovites, Victor M. Pellot, George Dekeon, Jr., and William Leeman on or about May 3, 2006.

Signed under the pains and penalties of perjury this 28th day of March, 2008.

                                      /s/ Tara L. Kelly
                                      Tara L. Kelly